

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/21

KILPATRICK TOWNSEND & STOCKTON LLP
kilpatricktownsend.com

The Grace Building
Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

September 22, 2021

direct dial 404 815 6572
direct fax 404 541 3240
cHenn@kilpatricktownsend.com

By eFile

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    adidas America, Inc. et al v. Thom Browne, Inc., 1:21-cv-05615 (AJN)

Dear Judge Nathan:

    Pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Rules & Practices, Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") respectfully request that this Court adjourn the initial pretrial conference currently scheduled for October 8, 2021, and instead set it for October 22, 2021, November 5, 2021, or November 19, 2021. (I had previously scheduled a family vacation over the weekend of October 8 and will not be in New York.)

    No party has previously requested an adjournment of the conference, and Defendant Thom Browne Inc. consents to the proposed adjournment.

    Relatedly, adidas has consented to a further extension of Defendant's deadline to answer or otherwise respond to the Complaint until October 6, 2021.

> The conference scheduled for October 8, 2021, is adjourned to October 22, 2021, at 3:15 p.m.
>
> SO ORDERED.

Respectfully submitted,

*/s/ R. Charles Henn Jr.*

R. Charles Henn Jr.
Lead Counsel for Plaintiffs

cc: All Counsel

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/23/21

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM