UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Plaintiff,   adidas America, Inc., et al.

-v-

Defendant.   Thom Browne, Inc.

-------------------------------------------------------------------x

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

21-CV-5615   ( JSR ) ( RWL )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Dkt. No 52
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated   6/10/22

SO ORDERED:

[signature]

United States District Judge