**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>                          Plaintiffs,<br><br>       v.<br><br>THOM BROWNE INC., a Delaware corporation,<br><br>                        Defendant. | No. 1:21-cv-05615-JSR |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' application to file under seal documents and testimony marked "Confidential" or "Highly Confidential" under the Stipulated Protective Order (ECF No. 32-1) in connection with Plaintiffs' forthcoming Motion for Partial Summary Judgment. Having considered the application, the Court finds that it should be GRANTED.

For documents and testimony that have been marked "Confidential" or "Highly Confidential" in their entireties, Plaintiffs are ORDERED to file such documents under seal. For documents and testimony that have been marked "Confidential" or "Highly Confidential" in part, Plaintiffs are ORDERED to file publicly, with confidential information redacted, such documents and testimony, and further ORDERED to file copies of unredacted versions of such documents and testimony under seal.

**IT IS SO ORDERED.**

DATED: October 19, 2022

_____
Honorable Jed S. Rakoff
United States District Judge