IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>    Plaintiffs, Counterclaim-Defendants,<br><br>v.<br><br>THOM BROWNE, INC., a Delaware corporation,<br><br>    Defendant, Counterclaim-Plaintiff. | Civil Action No. 1:21-cv-05615-JSR-RWL |

## [PROPOSED] ORDER

Before the Court is Defendant's application to file under seal documents and testimony marked "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order (ECF No. 32-1) relating to Defendant's forthcoming Motion for Summary Judgment. Having considered the application, the Court finds that it should be GRANTED.

For documents and testimony that have been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in whole or in part, Defendant is ORDERED to file such documents and testimony under seal. For documents and testimony that have been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" only in part, Defendant is ORDERED to include such documents and testimony with the public filing, but with the designated information redacted.

**IT IS SO ORDERED.**

Dated: October 19, 2022

                                                                Honorable Jed S. Rakoff
                                                                 United States District Judge