UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br><br>   Plaintiffs,<br><br> -v-<br><br>THOM BROWNE, INC.,<br><br>   Defendant. | 21-cv-5615 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

 On December 15, 2022, plaintiffs and defendant jointly applied to redact the portions of their motions in limine marked "Confidential" or "Highly Confidential – Attorney's Eyes Only" and to file supporting documents and testimony marked as such under seal, pursuant to the Court's Stipulated Protective Order of November 11, 2021. See ECF No. 32 (the Stipulated Protective Order). The Court granted the parties' applications via email on December 15, 2022. Thus, the parties are permitted to redact the Confidential and Highly Confidential portions of their motions in limine, and to file supporting documents marked as such under seal.

 SO ORDERED.

Dated: New York, NY

   December 27, 2022     JED S. RAKOFF, U.S.D.J.

1