UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,

        Plaintiffs,

  v.

THOM BROWNE INC., a Delaware corporation,

        Defendant.

No. 1:21-cv-05615-JSR

---

# JURY VERDICT FORM

*This is the form on which you will provide your verdicts. Please read all instructions in italics carefully.*

**I. Thom Browne's Liability**

*Please answer all five questions in this Section by placing an "X" in the appropriate blank under each question.*

(1) On adidas's claim for trademark infringement under federal law, do you find for adidas?

   _____ Yes    _____ No

(2) On adidas's claim for unfair competition under federal law, do you find for adidas?

   _____ Yes    _____ No

(3) On adidas's claim for trademark dilution under federal law, do you find for adidas?

   _____ Yes    _____ No

(4) On adidas's claim for injury to business reputation and dilution under New York law, do you find for adidas?

_____ Yes          _____ No

(5) On adidas's claim for trademark infringement and unfair competition under New York law, do you find for adidas?

_____ Yes          _____ No

## II.   Willfulness

*If you answered "Yes" to <u>any</u> of questions (1), (2), (3), (4), <u>or</u> (5) in Section I ("Thom Browne's Liability"), then please answer the question in this Section by placing an "X" in the appropriate blank after the question.*

(6) Do you find that Thom Browne acted willfully?

_____ Yes          _____ No

## III.   adidas's Remedies

*If you answered "Yes" to <u>any</u> of questions (1), (2), <u>or</u> (5) in Section I ("Thom Browne's Liability"), then please complete this Section.*

(7) On the line below, write out the dollar amount of Thom Browne's profits from sales of the Accused Products that should be awarded to adidas, if any:

$_____

(8) On the line below, write out the dollar amount of reasonable royalty damages that should be awarded to adidas, if any:

$_____

**IV.     Punitive Damages**

*If you answered "Yes" to question (5) in Section I ("Thom Browne's Liability"), then please complete this Section.*

(9)     On the line below, write out the dollar amount of punitive damages that should be awarded to adidas, if any:

$\underline{\hspace{ardbl}}$$\underline{\hspace{20em}}$

**V.     Laches Defense**

*If you answered "Yes" to <u>any</u> of questions (1), (2), (3), (4), <u>or</u> (5) in Section I ("Thom Browne's Liability"), then please answer the questions in this Section by placing an "X" in the appropriate blank after the question.*

(10)    Do you find that adidas had constructive knowledge of a provable infringement claim against Thom Browne prior to May 2012?

_____ Yes            _____ No

*If you answered "No" to question (10), then you do not need to answer the next questions. If you answered "Yes," please continue.*

(11)    Do you find that adidas's delay in objecting to the Accused Products was reasonable under the circumstances?

_____ Yes            _____ No

*If you answered "Yes" to question (11), then you do not need to answer the next question. If you answered "No," please continue.*

(12)    Do you find that Thom Browne suffered material prejudice as a result of an unreasonable delay by adidas?

_____ Yes            _____ No

*When you have completed all five sections, please sign and date this form and return it to the bailiff.*

_____        _____

JURY FOREPERSON                                                              DATE

4