UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ADIDAS AMERICA, INC., an Oregon corporation;
and ADIDAS AG, a foreign entity,

        Plaintiffs,

   -v-

THOM BROWNE INC., a Delaware corporation,

        Defendant.
------------------------------------------------------------- :

1:21-cv-05615-JSR

## **VERDICT**

1. On adidas' claim for trademark infringement, we the jury find the defendant Thom Browne:

    Liable _____        Not Liable __✓__

[If you find "Not-Liable" on the above claim, leave Questions 2 and 3 blank.]

2. Having found the defendant liable for trademark infringement, we the jury award adidas the following actual damages from defendant Thom Browne:

    $ _____

3. Having found the defendant liable for trademark infringement, we the jury award adidas the following profits earned by Thom Browne:

    $ _____

4. On adidas' claim for trademark dilution, we the jury find the defendant Thom Browne:

    Liable _____        Not Liable __✓__

_[signature]_
FOREPERSON

Date: __1-12-2023__