```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ADIDAS AMERICA, INC., AND ADIDAS     :
AG,                                  :
                                     :
        Plaintiffs,                  :    21-cv-5615 (JSR)
                                     :
            -v-                      :    FINAL JUDGMENT
                                     :
THOM BROWNE INC.,                    :
                                     :
        Defendant.                   :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Following an eight-day trial, a jury found defendant Thom Browne Inc. not liable on the remaining claims of trademark infringement and trademark dilution brought by plaintiffs adidas America, Inc. and adidas AG. See Verdict, Dkt. 188. Accordingly, the Court hereby enters final judgment in favor of Thom Browne, dismissing the complaint in its entirety. The Clerk is directed to close the case.

SO ORDERED.

Dated:   New York, NY
         January 13, 2023

_____
JED S. RAKOFF, U.S.D.J.