N13sADI1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ADIDAS AMERICA, INC., an Oregon corporation;
and ADIDAS AG, a foreign entity,

              Plaintiffs,

        v.                    21 Civ. 5615 (JSR)

THOM BROWNE, INC., a Delaware corporation,

              Defendant.

------------------------------x
                        New York, N.Y.
                        January 3, 2023
                        9:30 a.m.

Before:

              HON. JED S. RAKOFF,

                        District Judge
                        -and a Jury-

                    APPEARANCES

KILPATRICK TOWNSEND & STOCKTON LLP
      Attorneys for Plaintiffs
BY:  R. CHARLES HENN, JR.
      H. FORREST FLEMMING III

WOLF GREENFIELD & SACKS, PC
      Attorneys for Defendant
BY:  ROBERT MALDONADO
      HARLEY LEWIN
      BRYAN CONLEY
      TONIA SAYOUR

ALSO PRESENT:
NITA GRAY, adidas paralegal
MICHAEL PUSTERLA, Thom Browne paralegal

1           (Case called)

2           THE DEPUTY CLERK:  Will everyone please be seated and

3    would the parties please identify themselves for the record.

4    Please be seated.

5           MR. HENN:  Good morning, your Honor.

6           My name is Charlie Henn with the firm of Kilpatrick

7    Townsend.  Also with me today is Forrest Flemming representing

8    adidas, and sitting next to me is adidas' associate general

9    counsel, Sara Vanderhoff.

10          MR. MALDONADO:  Good morning, your Honor.

11          Robert Maldonado with Wolf Greenfield representing the

12   defendant, Thom Browne, Inc. With me today is Harley Lewin,

13   Bryan Conley from my firm, and Mike Pusterla.  Also with me

14   today is Mr. Thom Browne from Thom Browne.

15          THE COURT:  Good morning.  Of course each party can

16   have one nonlawyer representative at the client and counsel

17   table, but all other witnesses are immediately excused and must

18   not appear in the courtroom except when they are testifying.

19          So if there is anyone right now who is a witness in

20   the courtroom, please usher them out.

21          I'll deal in one second with the motions in limine.

22   First just to go over, I think I may have gone over this

23   previously, just to make sure.  We will pick nine jurors.  I

24   use the so-called jury box method of selection.  So my clerk is

25   handing you a draft jury preliminary instruction we'll get to

1   in a minute.

2          I will question those nine for cause.  Any are

3   excused, we'll then randomly select someone from the panel to

4   replace them.  Then we will have the peremptory challenges,

5   three challenges per side.  We do this in rounds, so my

6   courtroom deputy will hand you a board.  She's holding it up

7   right now.  It will have cards for each of the nine jurors

8   arranged by their number.  And so then plaintiff first will

9   turn over the one that they are challenging on this round, then

10  the board will be handed to the defense counsel who will turn

11  over the one that they are challenging.  That way the jury,

12  when we announce who is being excused, doesn't know who

13  challenged whom.  If you waive your challenge in a given round

14  but the other side does not, then you have lost that challenge,

15  but you haven't lost your remaining challenges.  However, both

16  sides waive in a given round, then that's our jury.

17         Any questions about any of that?

18         Very good.

19         How long does plaintiff's counsel want for opening

20  statement?

21         MR. HENN:  Your Honor, I think it will take me between

22  an hour, hour and 15.

23         THE COURT:  No way.  Absolutely no way.

24         The most I ever give for opening statements is a half

25  hour, and the reason for that is because the jury is just

1    hearing all this stuff for the first time.  For them to hear

2    minute details is a total mistake.  May not be a mistake from

3    your standpoint, but I have had the pleasure of talking to over

4    300 juries since I went on the bench, and they get confused if

5    they hear more than basic principles.  So half hour for each

6    side.

7            With respect to the preliminary instruction, my

8    practice is to give this to the jury before the opening

9    statements, and it just alerts them to some of the issues.  For

10   the same reason I keep the opening statements short, I don't

11   give every issue.  So, for example, the laches defense is not

12   mentioned in my preliminary instruction, even though that will

13   be, of course, part of the final instructions to the jury.

14   Similarly, I only mentioned about four of the *Polaroid* factors,

15   not all eight.  This is just to give them a kind of heads up.

16   Nevertheless, we'll take a break in a few minutes and you can

17   look it over.  And if you have any objections or additions, you

18   can give them to me now.

19           With respect to the motions in limine -- and before I

20   rule, let me remind everyone that, first, motions in limine are

21   not mentioned anywhere in federal statutes or rules.  They are

22   an artificial creation of judges to help the court and the

23   lawyers streamline the case, but there is often a mistake about

24   what it means.

25           So, for example, if I deny a motion to exclude

1    evidence of X, that doesn't mean that when evidence of X is

2    offered, a party still can't raise any other objection that

3    wasn't raised in their motion in limine, like hearsay or

4    foundation or some routine objection of that sort.  So it's

5    just dealing with, if you will, the categorical issues, not the

6    specific proof being offered.

7         Also, as to any evidence that I exclude, if the door

8    is later opened to that evidence in a way that would be unfair

9    not to let the other side respond, then that will modify the

10   motions in limine.

11        So against that background, I should also note that

12   while the defendant did not make any motions in limine, I

13   wasn't disappointed because adidas favored me with eight

14   motions.

15        (Discussion off the record)

16        There are some motions.  I'm sorry.  I'll have to look

17   at that during the break.  I misunderstand what my law clerk

18   had told me.  Anyway, we'll deal now with adidas' motions.

19        First, the first motion is to exclude evidence

20   allegedly rendered moot by my summary judgment opinion.  That

21   motion is denied except as to the issue of evidentiary

22   prejudice.  As to that, it is granted in accordance with my

23   summary judgment motion.  So no evidence of evidentiary

24   prejudice can be asserted when dealing with the laches issue.

25        With respect to the second adidas motion to preclude

1    the defendant from arguing its laches defense as to the

2    Grosgrain design.  That motion is granted, but I think it's

3    pretty clear that Thom Browne did not timely raise that

4    defense.

5         With respect to the third adidas motion to exclude

6    expert Brian Sowers from testifying about his so-called fame

7    surveys.  That motion is denied, but again I want to stress

8    that there may be more narrow evidentiary questions that arise

9    with respect to his testimony in that regard.

10         With respect to adidas' fourth motion to preclude the

11    testimony of Joanne Arbuckle in various respects, I deny that

12    motion to the extent that she is going to testify as to third-

13    party use, but I grant the motion as to the portion of her

14    rebuttal testimony about the blurring of lines between

15    mass market and desired goods and other similar testimony.

16         With respect to adidas' fifth motion in limine

17    regarding certain third-party use evidence, that motion is

18    denied.

19         With respect to the sixth motion in limine regarding

20    foreign activities, that motion is denied.

21         With respect to the seventh motion in limine regarding

22    adidas' 2002 man-on-the-street interviews, that motion is

23    denied.

24         With respect to adidas' eighth motion in limine asking

25    for exclusion of any evidence that adidas has itself infringed

1    on Thom Browne's designs, that motion is granted.

2         Now, I'm sorry to say that somehow over the long

3    weekend I was unaware that there were three or four motions in

4    limine from Thom Browne.  I will go look at them right now.

5    We'll have a little time before the jury panel is ready and

6    when I return.  I'll give you my rulings on those.

7         With respect to objections during the trial, I don't

8    allow speaking objections in front of the jury.  So what you do

9    is, if someone asks a question and you want to object, you say

10   either the one-word objection or you say one additional word

11   like hearsay, foundation, something like that, or you can say

12   up to three words, mainly objection, rule X, Rule 403, for

13   example.  That's it.  If you need to have a greater

14   explanation, ask for a sidebar, and within reasonable limits, I

15   will grant that and will hear you at the sidebar.  But I don't

16   like the jury to hear any of this.

17        Linda, when do you think the jury panel will be ready?

18        THE DEPUTY CLERK:  They told me to call back at ten

19   o'clock, in ten minutes, to find out when they will be for us.

20        THE COURT:  All right.  I will take ten minutes to

21   look at the defense motions in limine.  We'll reconvene at ten

22   o'clock, I'll give you my rulings then and hear anything else

23   anyone wants to raise with the court, and we'll tell the jury

24   administrator to bring up the jury at 10 minutes after ten.

25        Yes?

1          MR. MALDONADO:  May I ask a question for clarification

2     on your first ruling on the issue of evidentiary prejudice?

3          THE COURT:  Yes.

4          MR. MALDONADO:  I want to clarify we will be able to

5     put on testimony that certain documents have been lost and not

6     argue prejudice but that, for example, sales records are

7     incomplete, so they don't represent the full extent of sales

8     and without arguing prejudice.

9          THE COURT:  Well, I mean, that's a good example of

10    something that I can only really deal with at the moment you

11    offer it.  I think what you say is probably right, but I

12    haven't heard your adversary.

13          And what I've learned, another reason I really don't

14    care for motions in limine, is that as the trial progresses,

15    things become much more defined.  I'll be able to give a much

16    more specific answer.  So when you get to that point, then just

17    approach the sidebar and say, Judge, we're ready to offer this

18    evidence, and I'll hear your adversary and rule right then and

19    there.

20          MR. MALDONADO:  Thank you, your Honor.

21          THE COURT:  Anything else?

22          OK.  Very much looking forward to this trial so we'll

23    take a ten-minute break and then resume at ten o'clock.

24          (Recess)

25          With respect to Thom Browne's motions in limine, the

1    first defendant's motion in limine is to exclude the social

2    media post exhibits.  That motion is denied.

3         The second motion is to exclude proposed exhibit

4    Plaintiff Exhibit 0279, a 2009 Brand Loyalty in the U.K.

5    Sportswear Market.  That motion is granted.

6         The third motion is to exclude any reference to other

7    court's findings concerning adidas' Three-Stripe Mark.  Now I'm

8    skeptical that that will be admissible, but I don't think I can

9    rule on it definitively right now because the assertion of

10   these is that there will be evidence that adidas will offer

11   that Thom Browne knew about these rulings, in which case it

12   might become relevant.  Although I can also see possible 403

13   issues there as well.

14        I'm technically denying the motion now but without

15   prejudice to it being reraised when specific proffers are made.

16   And, again, when you're about to offer any testimony about a

17   prior court's ruling, plaintiff's counsel should approach the

18   sidebar so we can work this out before the jury hears it

19   anyway.

20        With respect to the motion to exclude the testimony of

21   Dr. Erich --

22             MR. HENN:  He pronounces it Joachimsthaler.

23             THE COURT:  Pardon me?

24             MR. HENN:  Joachimsthaler.

25             THE COURT:  Of course.  J-o-a-c-h-i-m-s-t-h-a-l-e-r,

1   the standard spelling.

2          So to the extent the motion is to exclude his

3   testimony with respect to the Batch of Sport or the Trefoil

4   logos, that is denied.  To the extent, however, that it is

5   directed at his testimony that relies on the 2009 survey, that

6   is granted.

7          With respect to the final motion to fully exclude the

8   testimony of William D'Arienzo, that motion is denied.  But I

9   think there are limits to his testimony, so at a break shortly

10  before he testifies, counsel should raise exactly what they, at

11  that point in the case, seek to elicit from him and we'll deal

12  with that during a break.  I don't like long sidebars.  I think

13  that one may take a while.  We'll do that during a break.

14         Speaking of breaks, our normal schedule will be that

15  the jury will sit from 9:30 to 4:30 with a midmorning break

16  around 11, 11:15, and a lunch break between one and two, and a

17  midafternoon break around 3:15 or so.

18         Counsel, however, need to be here at nine a.m. each

19  morning because, from experience, you will have thought of

20  things overnight that need to be discussed.  So we'll take them

21  up at nine o'clock.

22         How are we doing on a jury?

23         THE DEPUTY CLERK:  They are awaiting my call and will

24  bring them up directly right now.

25         MR. MALDONADO:  Your Honor, we have objections to

N13sADI1

1    resolve on plaintiff's opening.  Do you want to do that now?

2            THE COURT:  Yes.  We also need to go over the

3    preliminary instruction.  Thank you.

4            Let's first go over the --

5            By the way, the people in the audience, when the jury

6    panel comes in, you just need to move to the back, furthest

7    back bench, so the jury panel can be in the closer benches.

8            Thank you.

9            With respect to the preliminary instruction, any

10   objections, additions, or edits from plaintiff's counsel?

11           MR. HENN:  Your Honor, adidas objects to the use of

12   the reference to adidas owning trademarks plural and several

13   designs plural, which is in the first sentence of the third

14   paragraph.

15           As your Honor is aware, Judge Lehrburger, Magistrate

16   Judge Lehrburger took this issue up on an early motion in the

17   case and concluded that adidas' Three-Stripe Mark is a mark and

18   that a mark can be covered by multiple registrations, which is

19   well established by many courts.

20           THE COURT:  I'm sorry.  What in that sentence are you

21   objecting to?

22           MR. HENN:  Plaintiff only owns one trademark in this

23   case, your Honor.

24           THE COURT:  Pardon?

25           MR. HENN:  We only own one trademark in this case, it

1   is the Three-Stripe Mark, and the sentence begins here.

2           THE COURT:  OK.  All right.  So you would have it

3   read:  Plaintiff adidas owns --

4           MR. HENN:  A trademark.

5           THE COURT:  -- a trademark --

6           MR. HENN:  Involving three parallel stripes.

7           THE COURT:  -- involving three parallel stripes that

8   collectively are called the Three-Stripe Mark.

9           MR. HENN:  That's correct, your Honor.

10          THE COURT:  That's fine.

11          Anything else?

12          MR. HENN:  Not from us, your Honor.

13          THE COURT:  Defense counsel?

14          MR. MALDONADO:  Well, your Honor, I guess we would

15  object to that change.  We don't believe that there is a single

16  trademark.  We believe there are several trademarks that

17  correspond to several different registrations that the

18  plaintiff owns.  And in addition, the plaintiff asserts common

19  law trademarks in this case.  We don't concede ownership of

20  those common law trademarks, and the plaintiff bears the burden

21  of proving that those common law trademarks are owned by it and

22  have the same meaning.

23          THE COURT:  For these limited purposes, because that's

24  an interesting issue, but with respect to the sentence we just

25  went over, Here the plaintiff adidas owns at least one

1    trademark.

2           OK.  That solves your problem.  It still leaves it

3    open.

4           MR. MALDONADO:  OK.

5           THE COURT:  You're not disputing they own at least one

6    trademark?

7           MR. MALDONADO:  We are not disputing that.  That's

8    correct, your Honor.

9           THE COURT:  What's your second point?  I'm sorry.

10          MR. MALDONADO:  The second point we have is that we do

11   believe it would be appropriate to include some reference to

12   the laches defense in the preliminary instruction.

13          THE COURT:  I went back and forth on that.

14          OK.  Let me see.  How about this -- this would be at

15   the very end of the third paragraph -- the previous sentence

16   is:  Thom Browne, however, argues the designs are not similar

17   to adidas' three-stripe design, I guess we should say, and have

18   not confused consumers or polluted adidas' Three-Stripe Mark.

19          And we would add this:  it also argues that adidas

20   delayed too long in bringing this suit and that defendant was

21   prejudiced by the delay.

22          OK.

23          MR. MALDONADO:  That's acceptable.

24          THE COURT:  The reason I had left it out originally

25   was laches would mean nothing to this jury.  They will

1    understand it by the time we give them final instructions, but

2    not now.

3              MR. MALDONADO:  OK.  Thank you.

4              THE COURT:  All right.  With those changes, that will

5    be it.

6              Now there was an objection to some slides that

7    plaintiff's counsel was going to use in his opening statement.

8              MR. MALDONADO:  Yes.  I don't know --

9              THE COURT:  His truncated opening statement.

10             MR. MALDONADO:  I don't know if the slides had

11   changed.  Maybe we can discuss that.

12             MR. HENN:  I did try to reduce some of these issues

13   when you set a time limit, your Honor.  I pulled some of them

14   out.  The only lingering objection on the list that was

15   provided to me last night is that on a couple of the slides I

16   list the elements.  So, for example, I list the *Polaroid*

17   factors on a slide, and I list the two elements of dilution.

18             And counsel informed me last night they object to me

19   telling the jury what the elements they should be thinking

20   about are.

21             THE COURT:  I certainly don't object to you listing

22   the *Polaroid* factors, and I take it that's not the objection.

23             MR. MALDONADO:  Correct.

24             THE COURT:  What do you say about dilution, or what

25   does your slide say about it?

1          MR. HENN:  Yes.  I just modified it to track your

2     preliminary instruction again to avoid any concern.  It is a

3     slide -- I wish I could pull it up -- but it says, one

4     Three-Stripe Mark is famous (federal law or distinctive state

5     law), and then it says two, the accused products undermine the

6     distinctiveness of the Three-Stripe Mark, and then I have

7     blurring in quotes underneath.

8          THE COURT:  No, I think that's too much in instruction

9     of law which is reserved to the court.  I will strike that.

10          You can give them a general idea in your opening about

11     what you think you will need to prove there, but nothing like

12     what you just described.

13          MR. HENN:  OK.

14          THE COURT:  All right.

15          MR. MALDONADO:  There is also a slide where he talks

16     about the elements for laches.  I don't know if you still have

17     that in there.  We also object to that.

18          THE COURT:  Same ruling.

19          MR. MALDONADO:  OK.

20          THE COURT:  He can describe it pretty much as I just

21     described it and then fill in a little bit of the details.

22          MR. MALDONADO:  Then the other issue I think we have

23     is their reference to an exhibit that we object to, Plaintiff's

24     Exhibit Number 50, which concerns a study that was done many

25     years ago.  It was referenced in one of their expert reports,

Joachimsthaler's report.  And it was a survey, basically, that
was done by another person who is not testifying and who is not
a witness and just cited in the report, and they want to rely
on that survey.

    We believe it is hearsay and we don't believe it
should be referenced, not in the opening statement.  If they
want to bring it in the case, we can deal with evidentiary
objections at that time.

    THE COURT:  Of course an expert, in giving testimony,
can rely on hearsay, but that doesn't mean necessarily that the
report will come in.

    MR. MALDONADO:  Or it should be presented to the jury.

    THE COURT:  Putting aside the hearsay objection, which
I don't think is an objection to, I think a proper question to
an expert is what did you rely on in forming your opinion, and
some of that is going to be hearsay.

    But the rule goes on to say that it ultimately has to
be admissible, which is the point you're making.

    MR. MALDONADO:  Right.

    THE COURT:  So let me hear on that from plaintiff's
counsel.

    MR. HENN:  So I took that slide out earlier this
morning.

    THE COURT:  OK.

    MR. HENN:  We limited it with regard to opening.

1          However, our very first witness, Mr. Murphy, who will

2     presumably begin this afternoon, is going to introduce that

3     exhibit.  And just to provide context, adidas has a group, they

4     call it insight, and all they do is market research.  And he is

5     going through, I think, six market research decks that were

6     commissioned by adidas.  He is going to explain to the jury

7     what the methodology was and the finding was of each study.

8          For some reason that I cannot figure out, defendants

9     don't object to them.  They picked one out of all of them to

10     object to.  It's the same basis for all of them.  This is

11     research commissioned by the company.  We have a witness to

12     explain methodology.  He'll explain what the findings are,

13     which are written in a report.  He doesn't offer any opinions

14     about what to do with that.

15          We saved that for Dr. Joachimsthaler, who will then

16     say I relied on those studies and here are my opinions as an

17     expert in this area.

18          THE COURT:  So he's going to authenticate and describe

19     the methodology of these various reports and even though he

20     himself did not prepare the report?

21          MR. HENN:  That's correct.

22          It was commissioned by the company, and he's the vice

23     president of marketing who is involved in receiving these

24     reports from those companies.  But the business record of

25     adidas, I know --

N13sADI1

1          THE COURT:  I know that's what you're trying to make

2     it.  I'm not so sure it's a business record.

3          Let me hear from defense counsel.

4          MR. MALDONADO:  Your Honor, first, one point we would

5     like to make is that the report itself, which I haven't seen --

6          THE COURT:  Wait a minute.

7          THE DEPUTY CLERK:  The jury is in the hallway.

8          THE COURT:  We will continue this discussion after we

9     pick the jury.  I'm going to give them a 15-minute break, and

10    that will be the time.

11         By the way, we will then probably have opening

12    statements before lunch.  Just be aware of that.

13         MR. MALDONADO:  OK.

14         THE COURT:  Bring in the jury panel, please.

15         (Jury selection followed)

16

17

18

19

20

21

22

23

24

25

N13Qadi2

1          (In open court; jury not present)

2          THE COURT:  So after we selected the jury, but before

3     a reporter was back, we had a further colloquy on one of the

4     exhibits that plaintiff's counsel is going to mention in his

5     opening and, more importantly, is going to offer through his

6     first witness.  And I was satisfied that it was a business

7     record because part of the business is to put out these

8     questions to customers and others and then simply record as a

9     mathematical matter what the responses are.  And this was just

10    one of those charts of the responses by numbers.

11         An additional objection was raised that parts of the

12    document were unreadable.  I think actually most of it was

13    readable.  It's an old document.  Some of it is faded, but,

14    more importantly, the only four parts that are being offered

15    were clear, and so that sufficed for the purpose of the Court's

16    rulings.

17         Now, plaintiff's counsel had one or two other things

18    he wanted to raise.

19         MR. HENN:  Really, this is just, your Honor, because I

20    haven't tried a case in your courtroom, and I don't want to run

21    afoul of your preference on things.  The first is with regard

22    to experts.

23         THE COURT:  If you run afoul of my preferences.  All I

24    will do is ream you out in front of the jury.  It won't be

25    anything you won't -- go ahead.

N13Qadi2

1          MR. HENN:  I would expect nothing less, your Honor.

2          So, first is with regard to experts.  Are you someone

3     who wants us to formally proffer them as experts?

4          THE COURT:  No.  In fact.  The Second Circuit -- and

5     I'm sorry that this decision that came out about 20 years ago

6     hasn't received greater publicity.  The Second Circuit

7     specifically disapproves of that because it's the jury's

8     function to determine whether a person is an expert or not.  I

9     make a preliminary determination just for admissibility

10    purposes, but like all admissibility rulings, that shouldn't be

11    shared with the jury.

12         MR. HENN:  Thank you.

13         The second was with regard to the motions in limine

14    that your Honor denied, I understood that you left the door

15    open to object on other bases if the same evidence was offered

16    or was offered during the trial.

17         But am I to understand that we do not need to

18    re-assert the basis for the motion in limine.  The filing of it

19    and your ruling is sufficient to preserve the issue.

20         THE COURT:  Yes.

21         MR. HENN:  Thank you.

22         The next is just to alert you to an agreement between

23    counsel and make sure this didn't strike you as weird.  The

24    last two witnesses from whom we will obtain some evidence, or

25    the last several witnesses from whom we will obtain evidence in

N13Qadi2

1    our case in chief, are defense witnesses, and the parties

2    agreed that rather than us calling them out of order and

3    calling them as a hostile witness and doing all that, we would

4    simply wait and rest our case after we had been through

5    relevant witnesses rather than call on redirect.

6            THE COURT:  That's fine.  I think that's a good idea.

7            MR. HENN:  The next is Hal Poret is an expert witness

8    who is currently undergoing cancer treatment and actually

9    begins this week, tomorrow, and his treatments are in town in

10   the afternoons.  And it's all day Friday.  So we are aiming to

11   call him Thursday morning.  We alerted the Court to this in a

12   footnote in our witness list.  We may need to call him out of

13   order just to avoid that treatment issue.  Defense has

14   indicated they have no objection to that.  I just wanted you to

15   know what we are doing.

16           THE COURT:  That's fine.

17           MR. HENN:  Next is movement around the courtroom.  In

18   terms of opening, I understand that I can use this podium.

19   What about with witnesses?

20           THE COURT:  So now my wife's and my hobby is ballroom

21   dancing, and you're free to engage in that.  But putting that

22   aside, when you're giving opening and closing statements, you

23   can be at the little podium that you've already set up right

24   now right in front of the jury.  But when you're questioning

25   witnesses, you need to go to the rostrum in the back.

1          MR. HENN:  Will do.

2          The next issue is there are two Excel spreadsheets

3     that we will offer during the first witness, Chris Murphy.

4     They are extremely detailed summaries of adidas's marketing

5     spent over a number of years.  They're obviously highly

6     confidential.  We have a lot of people here.  They might all be

7     lawyers, I'm not sure, but there is a period during his

8     testimony that we would ask that we seal the courtroom.

9          THE COURT:  No.  Never.

10          MR. HENN:  All right.

11          THE COURT:  I never do that.

12          MR. HENN:  What about the document itself being under

13    seal?

14          THE COURT:  No.  This is already in my individual

15    rules, so you had fair warning of it, or in the agreement

16    really that you all signed if you had my standard form

17    agreement in this case on confidentiality, and it provides that

18    all parties are put on notice that the Court is unlikely to

19    seal or otherwise maintain confidentiality in a civil case to

20    anything offered in during the course of a trial.

21          I think that is not forbidden by the Constitution but

22    totally contrary to what the Constitution provides, which is

23    that trials should be publicly available and open.  So that

24    request is denied.

25          MR. HENN:  A couple more.

N13Qadi2

1      Tom Becker is the former CEO of defendants.  We intend

2  to call him, his testimony we anticipate being fairly short.

3  He was the one involved in that 2007 phone call with adidas.

4  Since he is former CEO of Thom Browne, I intended to treat him

5  as a hostile witness and cross-examine him or either by calling

6  him on direct.  I just didn't want a kerfuffle at the beginning

7  of that examination.

8      THE COURT:  That's fine.  I'm getting a little

9  concerned because we are holding up the jury.

10      MR. HENN:  The last one, your Honor, is simply timing

11  of the charge conference.  Is that something you do at the very

12  end or --

13      THE COURT:  No, I do it about two days before the end.

14  I will provide you all with a draft charge, give you at least

15  overnight to look at it, and we will have a charging conference

16  usually at the end of the day the next day.  And so well before

17  your summations you will know exactly what the charge is.

18      MR. HENN:  Thank you.

19      THE COURT:  Let's bring in the jury.

20      **(Jury present)**

21      THE COURT:  You can be seated.  Everyone else remain

22  standing in deference to the jury.

23      You can be seated as soon as you come in.  The only

24  other person who doesn't stand while you're coming in is me

25  because I'm an old guy, and I need to stay seated.  Now

everyone can be seated

Ladies and gentlemen, before we hear opening statements, I'm going to read with you a preliminary instruction of law that you've all got a copy of, and then you can take the copy can with you into the jury room in case you want to consult it later. I want to stress, and you will see as we read it, this is just a heads-up as to some of the issues in the case. There will be much more detailed instructions later on that will replace this initial, but this is to give you a little idea of what's going on and what the disputes are.

So, turning to the instruction if I can find my reading glasses. There we go.

Before we begin, I want to give you a brief overview of the claims and some of the main issues in this case. After you hear evidence and the parties make their closing arguments, I will give you detailed legal instructions that will displace this preliminary instruction.

This is a civil lawsuit about trademarks. A trademark can be a word, name or symbol that indicates to consumers the source of a good. A trademark's owner has the right to stop others from infringing -- using the mark or something similar in a way that might confuse its customers about who is behind a particular product -- or diluting the mark -- causing customers to associate the mark with other products and undermining its distinctiveness.

1          Here, the plaintiff, adidas, owns at least one

2     trademark involving three parallel stripes that it calls the

3     Three-Stripe Mark.  Adidas alleges that the defendant, Thom

4     Browne, has infringed and diluted the Three-Stripe Mark through

5     two of its own designs called the 4-Bar and Grosgrain

6     signatures.  Thom Browne, however, argues its designs are not

7     similar to adidas's Three-Stripe design and have not confused

8     customers or diluted adidas's Three-Stripe Mark.  It also

9     argues that adidas delayed too long in bringing the suit, and

10    that defendant was prejudiced by this delay.

11         In determining who is right, you should consider all

12    relevant factors such as, for example, consumer recognition of

13    adidas Three-Stripe mark, its similarity or lack thereof to

14    Thom Browne's designs, any evidence that consumers are actually

15    confused, any evidence that Thom Browne intended consumers to

16    associate its designs with adidas and other factors about which

17    I will instruct you later.

18         Please remember that this preliminary instruction is a

19    very brief overview of the claims and issues in this case.

20    Before your deliberations, I will give you more detailed final

21    instructions that will replace this overview.

22         Now, you are about to hear opening statements of

23    counsel.  I want to make sure you understand that nothing that

24    counsel says is itself evidence.  As I mentioned earlier, the

25    evidence will come from the witnesses, from their testimony,

1    from exhibits that are received in evidence and from

2    stipulations where the parties agree to a particular fact and

3    those are the only sources of evidence.

4            So why do we even have opening statements?  The answer

5    is because the evidence is going to come in a little bit at a

6    time, and as I mentioned earlier, it will take awhile before

7    you see the full picture.  So it will be useful, I think, for

8    you to hear from counsel what they think the evidence overall

9    will show or fail to show, and that's the reason we have

10   opening statements.  This kind of gives you a guidepost as to

11   what's coming, but just remember it's not evidence.  It's the

12   competing views of the two counsel.

13           So with that introduction, let's turn first to

14   plaintiff's counsel.

15           MR. HENN:  Thank you, your Honor.

16           From its very origin, adidas has been rooted in sports

17   and sportswear.  Adidas was founded by a guy named Adi Dassler.

18   He's depicted on your screen.  You may not know this, but

19   that's where the name adidas comes from, Adi Dassler.  He was a

20   cobbler who designed shoes and he was unique in two ways, the

21   first was he was one of the first shoemakers in the world to

22   focus on making shoes specifically for high-performing

23   athletes.  He had some of the earliest track spikes that Jesse

24   Owens ran in the Olympics.  He put the shoes on Dick Fosbury

25   who did the Fosbury Flop the way people now do the high jump.

1   That was Adi Dassler.

2           So, on one hand, incredibly innovative in design.  The

3   other thing that he did that was so unique, he realized when

4   these athletes were out on the field or the court or on the

5   pitch, the soccer pitch, it was hard to tell whose shoes all

6   these famous athletes were wearing.  And so very early on in

7   the 1940s, he decided I'm going to put three stripes on the

8   side of these shoes so that even from a distance, everyone

9   would know they came from Adi Dassler and ultimately adidas, or

10  adidas.

11          This case is about that trademark, the Three-Stripe

12  trademark.  This trademark has been registered by the United

13  States Patent and Trademark Office multiple times.  Not only is

14  it the registration you see on your screen here for the

15  Three-Stripe Mark generally, it has been registered for

16  specifically being applied to the sides of shoes, across the

17  tops horizontally on slides or flip-flops.  It's been

18  registered to be used on the sides of jackets or shirts or

19  pants or shorts or sweatpants or outerwear or track jackets or

20  track singlets, I think they call them, on the sides there.

21  That one trademark is famous, and the evidence will show that

22  consumers across the United States are familiar with the

23  Three-Stripe trademark of adidas.  And when they see three

24  parallel stripes on a product, they know that's adidas.  That

25  is what a trademark is.  And that's what this case is about.

1           That trademark is so synonymous with adidas, the

2    design mark is, that adidas has become known as the brand with

3    the three stripes.  You will even see a shoe where they wrote

4    the phrase The Brand With The Three Stripes on the back of the

5    shoe in multiple languages.

6           Not only does adidas use the Three-Stripe Mark on the

7    sides of clothes, as we saw in those other pictures, but when

8    they adopted individual logos for the company, they

9    incorporated the three stripes into that.  You may have seen

10   that peaked-like mountain logo.  Adidas calls that the Badge of

11   Sport, the Badge of Sports.  It's the three lines in a

12   triangle.  You'll hear testimony that that was created by

13   taking the three stripes, angling it 30 degrees, three again,

14   30 degrees, and then chopping the bottom off, and then making

15   it into that logo.

16          The trefoil mark, some of you who are my age may know

17   the trefoil was the mark back in the Seventies and Eighties for

18   all of adidas's products.  It has three leaves, again, playing

19   on the Three-Stripe Mark notion, and then horizontally across

20   that mark are the three stripes of the Three-Stripe trademark.

21   Adidas has a corporate logo where they use three stripes

22   horizontally next to the name adidas.  So, in many ways the

23   Three-Stripe Mark is in everything adidas does.  It's in its

24   advertising, it's marketing, its logos, even the name, the

25   brand of the Three Stripes.

1          So why are we here?  Well, as Judge Rakoff just

2    advised you, we are here because adidas alleges that Thom

3    Browne has infringed adidas's rights in the Three-Stripe Mark

4    with two sets of designs.  So what you see on your screen now

5    are some of the products that adidas has accused of infringing

6    based on Tom Browne's use of those parallel horizontal lines.

7    Thom Browne has also used what it calls the grow grain or

8    Grosgrain design, which is a red, white, and blue stripe that

9    in some ways, in the ways adidas accuses of infringement, Thom

10   Browne uses exactly in the classic adidas formation -- running

11   down the side of a sweat pant, running down the side of a sweat

12   jacket or hoodie, or in what is perhaps the most egregious, the

13   shoes, where not only are those stripes on the side of the

14   shoe; they are angled exactly like adidas stripes, they're put

15   in the exact place of adidas stripes, and Thom Browne

16   advertises these as sneakers and running shoes -- exactly what

17   adidas sells.  That's why we're here.

18         Now, the Judge has advised you in the preliminary

19   instruction that what you are going to need to think about as

20   you listen to the evidence is whether Thom Browne's use of

21   those stripe designs is likely to confuse consumers.  Likely to

22   confuse.  That's the phrase you're going to hear a lot.  I put

23   this slide up because adidas has limited the scope of what it's

24   arguing in this case, and as you listen to the evidence, it's

25   important for you to know what adidas is not arguing and what

1    adidas is arguing.

2           So confusion in the marketplace can happen at three

3    different times:  Before you buy a product, at the moment

4    you're at the register buying the product, and then after the

5    product is bought and it's just being worn out in the

6    marketplace.  Those are referred to as initial interests

7    confusion, the one before; point of sale where you're at the

8    register; and post sale, where it's just somebody wearing it

9    out in the marketplace.

10          Here, adidas alleges only that the use of these

11   designs caused initial interest confusion and post sale

12   confusion.  Let me give you examples of how the evidence will

13   show that occurs.  Initial interest, two ways you can think

14   about this.  One is social media.  Scrolling through your

15   social media feeds, ads pop up.  You see a Thom Browne product

16   advertised scrolling through with the stripes.  You think, "Oh,

17   that's a neat adidas product."  And then once you stop and you

18   look before you actually buy it, you realize, "Oh, that's Thom

19   Browne; that's not adidas."  But you initially thought it was

20   adidas.  That's the initial part of the initial interest.

21          The other way this could happen is at a store.  You're

22   shopping at Nordstrom.  You're walking through the Nordstrom.

23   Both adidas and Thom Browne products are at Nordstrom.  You see

24   a rack of Thom Browne products with stripes on the sleeves or

25   stripes going down the sweatpants, and you think, "Oh, those

1    are neat adidas, I'm going to walk over and check those out."

2    And then when you finally get to them and you realize they're

3    selling them for a thousand dollars, and they've got Thom

4    Browne's name on them, it's a Thom Browne product.  But you

5    were initially drawn in because you saw it from a distance.

6    That's what initial confusion is.

7         Post sale confusion is the idea someone went into a

8    Thom Browne store or went into a Nordstrom, knew they were

9    buying Thom Browne, put it on, and, for example, some of those

10   running products we looked at on the screen before, they put

11   them on with the stripes and go running in Central Park.  You

12   happened to be walking through the park that day, and you see

13   the person run by, and you see the stripes and because you're

14   so familiar with adidas and the Three-Stripe Mark, you think,

15   "That's adidas."  That's called post sale confusion.  It's

16   members of the public seeing the product after the point of

17   sale and being confused by it.  That is what adidas alleges.

18        What adidas does not allege is that someone literally

19   walks up to a register and spends $2,000 for one of Tom

20   Browne's puffy jackets and thinks, "I'm getting adidas."  We do

21   not allege that.  So as you think about the evidence that you

22   hear, please be focused on the initial interest component or

23   the post sale component and don't worry yourself about someone

24   walking up to a register and thinking they're buying something

25   they're not.

1       Okay.  There are several factors that you will need to

2  look at or think about as you weigh whether confusion is

3  likely.  These are the factors that you will consider, and

4  there will be significant evidence weighing in adidas's favor

5  on each of these.  We will talk through them.  The first is the

6  strength of the Three-Stripe Mark.  What that means is how

7  well-known is it?  How well-known are the three stripes of

8  adidas, and do people when they see three stripes think adidas?

9       The evidence on this is overwhelming.  The Three

10  Stripes have been used in the United States since 1952 on

11  dozens and hundreds and thousands and millions of products.

12  The company spends on average $300 million a year advertising

13  the Three-Stripe Mark.  Sales of products bearing the

14  Three-Stripe Mark average over $3 billion over the last decade.

15  You pretty much can't be out in society and not encounter the

16  Three-Stripe Mark and know that it's adidas.  You will see

17  images from catalogs dating back to the 1970s showing how

18  adidas has used that mark on all kinds of products over a long

19  period of time.  And you will see that they used it in lots of

20  different ways.  They've used it with all stripes the same

21  color.  They've used it where the stripes are red, white and

22  blue.  They've used it vertically down the sides of pants.

23  They've used it horizontally on sleeves of shirts.

24       Extensive sales.  As I mentioned, on average over the

25  last decade $3.1 billion.  There are tons of numbers on this

1    slide, but the one you need to focus on is in the circle.

2    $31 billion in sales just in the United States of apparel and

3    footwear bearing the Three-Stripe Mark.  Tons of advertising:

4    Television, digital, social media, print advertising, billboard

5    advertising, sponsored athletes, relationships with

6    influencers.  You're going to hear about all of the marketing

7    efforts that adidas has undertaken over decades to create one

8    of the strongest trademarks in America.

9           And those trademarks are acknowledged by the media,

10   *The New York Times, Glamour Magazine, Sports Illustrated.*  They

11   refer to the iconic Three Stripes, the signature Three Stripes,

12   the brand with the Three Stripes.  In other words, all those

13   efforts of sales, advertising and marketing, it worked, and the

14   media talks about it and people know.  So the markets the

15   evidence will show the market is strong.

16          How similar are the parties' marks?  Well, it's a

17   Three-Stripe Mark.  Thom Browne will argue we are using four

18   bands.  It's four, not three.  It's four, so it's not three.

19   But the evidence will show that when consumers see the four,

20   they think three.  The evidence from quantitative surveys will

21   show that consumers see this design and think it's adidas.  Now

22   we don't necessarily know what's in those consumers minds, but

23   you will see the data from the survey that when people say

24   that, they say, "That's three stripes, that's adidas."  Maybe

25   they're miscounting the number of stripes or maybe what they're

1    seeing between those white spaces are the three dark stripes.

2    But these are similar marks, and the evidence will show it.  As

3    I mentioned, the shoes, the marks are incredibly similar:  Same

4    angle, same type stripe, same type shoe.  Thom Browne's use of

5    the red, white and blue Grosgrain in exactly the places where

6    adidas has historically used the Three Stripes and where it is

7    a registered trademark.  So the evidence will show that the

8    marks are incredibly similar.

9         The next is how similar are the parties' products in

10   proximity, meaning are you likely to encounter them near each

11   other?  Are they proximate or close to one another?  So, first,

12   the goods that also adidas accuses in this case are incredibly

13   similar.  And let me pause and be very clear on something.

14   Thom Browne, Mr. Browne, is very well-known for making tailored

15   suits:  Tight, short at the ankle, very close-fitting tailored

16   suits.  Adidas does not argue that those are likely to cause

17   confusion.  Adidas does not allege that those infringe.

18   Similarly, he sells things like cashmere cardigans and dresses

19   and other formal wear.  Adidas does not allege that any of

20   those are an infringement of its rights.  That's his space.

21   He's in formal wear and business attire and that sort of thing.

22        But over time Thom Browne, the company moved into

23   sporting goods, and they started offering compression products

24   and running products, just like adidas did.  They started

25   offering sweatpants and track pants.  They started offering

1    shorts and running shorts.  They started offering T-shirts,

2    just like adidas.  They started offering collar shirts and polo

3    shirts and golf shirts.  They started offering jackets and

4    hoodies and outerwear puffy jackets.  This was a targeted

5    attempt by Thom Browne to grow their sportswear business

6    because, as we all know, with Covid and everything else, the

7    suits other than in court are a thing of the past.  And so you

8    will see documents about them strategizing about the future.

9    We've got to move into sportswear.  We've got to move into

10   compression products.  And that's moving squarely into

11   proximity with adidas.

12           Shoes, we already mentioned these.  Not only are the

13   stripe designs similar, but the products themselves are

14   similar, and Thom Browne is advertising them as running shoes

15   and sneakers.  You think of adidas, what do you think of?

16   Running shoes and sneakers.  They are sold in some of the same

17   stores.  Thom Browne sells in all these locations.  adidas

18   sells in all these locations.  Saks and Nordstrom and Bergdorf

19   Goodman would be sort of physical stores.  FARFETCH and

20   Net-A-Porter, I was not familiar with these before this case.

21   These are sort of high-end fashiony websites where you can buy

22   products, but both products are sold there, so maybe you're not

23   talking about point of sale confusion again, but as you think

24   about where they overlap, think about that situation of initial

25   interest of confusion.  Is someone in the store likely to see

1    it from a distance and think, "Oh, that must be adidas" because

2    of the stripes.

3        We also see proximity because when people buy these

4    products, there's no restriction on what they wear with Tom

5    Browne's products.  So, for example, here's a woman on a track

6    wearing some of Thom Browne's running attire, and as it turns

7    out, she's wearing adidas shoes, and she's even got adidas

8    sunglasses.  It's kind of hard to tell, but she has adidas

9    sunglasses.  There's a little badge of sport up on the eyebrow.

10   And you might wonder, did Mr. Henn just take that and pose her

11   like that for the purpose of this case?  No.  No.  Thom

12   Browne's own social media posted this image to advertise their

13   running attire, clothing one of their models in adidas shoes

14   and adidas sunglasses so there can be no doubt that these

15   things can encounter each other nearby.

16       Another thing Thom Browne did as the company decided

17   it needed to get into sportswear was they did deals in adidas's

18   back yard.  They signed a three-year deal with Barcelona, one

19   of the most famous football soccer clubs in the world,

20   featuring Lionel Messi, an adidas athlete for the last 15

21   years, and one of the most iconic players in the world who just

22   won the World Cup for Argentina, an adidas-sponsored team.  He

23   is known for being in the three stripes.  They did a deal with

24   Messi and Barcelona to outfit them in Thom Browne products.

25   They also did a deal with the Cleveland Cavaliers.  And Lebron

 1   James is a customer.  So they got involved in basketball and

 2   the NBA, where adidas had a long-term relationship with players

 3   wearing three stripes on the sidelines of every game.

 4        As I mentioned, we don't know once someone buys these

 5   products what they're going to wear it with or how it's going

 6   to appear in the post sale environment.  So you're going to see

 7   images of people bending their arms so you can't actually count

 8   whether it's four stripes.  You're going to see examples from

 9   social media where people are photographed wearing a Thom

10   Browne hoodie and adidas tennis shoes.  You're going to see

11   photos of people wearing those sweatpants with other apparel in

12   a way that means you can't control that people are going to be

13   able to closely count, one, two, three, oh, four; not adidas.

14   So that's how these things are proximate.

15        Evidence of actual confusion.  The Judge will tell you

16   that the standard in a trademark case is not actual confusion.

17   Adidas is not going to come up here and have to prove that

18   absolutely a hundred percent confusion has already occurred.

19   The test you will hear is likely, is it likely, what he said in

20   the preliminary instruction.  But there's actually been

21   confusion in this case, and that is evidence that confusion is

22   likely because it wouldn't have happened if it wasn't likely.

23        The first is you're going to see social media where

24   people saw Thom Browne products being posted by Thom Browne and

25   yet reacted thinking "adidas!!" or thought it was adidas when

1   they encounter that red, white, blue stripe.

2           In addition, you're going to hear from an expert named

3   Hal Poret.  He did a survey of 2,400 consumers of sportswear.

4   He showed them the Thom Browne products one at a time and

5   showed them these images, and he asked, he said, "Who do you

6   think puts this out?"  And then he totaled up the numbers.  And

7   26.9 percent, 27 percent of consumers thought these were adidas

8   products.  That is evidence of actual confusion.

9           Bad faith.  Well, I've previewed the bad faith a

10  little bit by talking about Thom Browne's movement from

11  tailored suits formal wear into sportswear.  But it's not just

12  that move.  It's that move with full knowledge of adidas's

13  rights.  You will hear testimony from a couple of witnesses

14  that back in 2007 Thom Browne was using three stripes on a

15  business jacket on like a sport coat.  And because it was three

16  adidas said, "Hey, you can't do that.  Even though it's a

17  sports jacket, you can't do three."  There was a call from

18  adidas's inhouse lawyer to Thom Browne CEO, a man named Tom

19  Becker, and they said, "You can't do that."  Mr. Becker got

20  from his lawyer a full printout of all adidas's trademark

21  registrations for the three stripes, and the lawyers said they

22  own registrations whether horizontal, vertical or diagonal.  So

23  they knew as of 2007 adidas owned this mark, adidas had this

24  federally registered mark, and they had copies of all of the

25  registrations.

1          They also should have known or knew that adidas was

2     actively enforcing its Three-Stripe Mark rights across the

3     country against companies that were coming out with two and

4     four-stripe products.  You'll hear from 2001 to today, adidas

5     has filed a hundred lawsuits against companies using two and

6     four stripes on product because of those confusion issues that

7     we just talked about with the survey.  When people see two and

8     people see four, they think adidas even though numerically

9     they're different.  You'll hear about all of these companies.

10    There is no way someone in the fashion and sportswear industry

11    could not know that this was happening, that two and four

12    stripes was an infringement of adidas's rights.  And yet

13    knowing those rights, knowing adidas's enforcement, Thom Browne

14    went from suits to sweatpants to full on compression running

15    apparel.

16         The compression apparel was released into the market

17    two years after adidas objected to Thom Browne about their use

18    of four stripes.  That's bad faith.  They knew what they were

19    doing.  With the Grosgrain, they used to use it as a little tag

20    on the back of a jacket, but they used to use it inside the

21    cuff here to protect the button row in the suit.  Then they put

22    it on shoes just like adidas, and then they went and ran it

23    down sweatpants.  Instead of sticking to what was okay and what

24    was not infringement and not likely to cause confusion, they

25    moved right into something that would be confusing.

1          One of the factors you're supposed to consider is

2     quality of parties' product.  This isn't in dispute.  Both

3     parties have high-quality products they both spend a lot of

4     efforts to make sure they put good products into the market.

5     You will hear evidence about adidas selling some fairly

6     high-end collaboration product where they're working with

7     designers like Prada and Danielle Cathari or Gucci.  It's not

8     as though these are totally different levels of product.

9          And the last is this factor about how sophisticated

10    are the consumers.  What you're going to hear testimony about

11    is that in the old days, there used to be sporting goods

12    companies selling sporting goods, and there used to be fashion

13    companies over here doing runway shows and doing fashion.  And

14    then over time, they started to move together.  The sportswear

15    companies started to do more leisure stuff.  The fashion people

16    wanted to get into sportswear, and they end up in the same

17    place.  And so consumers have become attuned to the notion

18    that, well, there could be a collaboration between adidas and

19    Thom Browne or between Prada and adidas.

20         And, as I mentioned, there's the data from the survey.

21    So we know that no matter how sophisticated a consumer might

22    be, when they were shown these four striped products, they were

23    asked who put it out?  They said, "adidas."  Then they were

24    asked an open-ended question.  "Why?"  Even though they were

25    looking at four stripes, they said Three Stripes, Three

1   Stripes, Three Stripes, Three Stripes, Three Stripes, Three

2   Stripes, Three Stripes.  They were confused.  Even though you

3   might think of them as sophisticated.  And, as I mentioned, it

4   could well be that they just miscounted.  It could well be the

5   power of the adidas mark is such that you see four and think

6   three, or it could be, frankly, that if you look at that, it

7   looks like a white band with three navy blue stripes through

8   it.  But it doesn't matter.  As you're listening to the

9   evidence, you just need to decide whether confusion is likely,

10  and we know from the survey that confusion is, regardless of

11  what's causing it.  So for all these reasons, confusion is

12  likely.

13          Adidas also has a claim caution called dilution, which

14  the Judge mentioned in the preliminary instruction.  Dilution

15  is a little different than infringement.  It doesn't require a

16  showing of likely to confusion.  It requires us to show that we

17  have a very well-known famous mark, which, as we discussed, the

18  mark is extremely well-known.  It also requires us to show that

19  consumers associate these.  So maybe they're not confused and

20  think that a Thom Browne product comes from adidas, but when

21  they see a Thom Browne product because of the stripes, because

22  of the fame of the Three-Stripes Mark, they think of adidas.

23  And you'll hear from a consumer psychologist marketing expert,

24  who will explain how this happens in your brain.  It's

25  fascinating stuff.  It talks about how there's an adidas drawer

1    in your head that you've encountered over the course of your

2    life, and in there are things like the brand name and three

3    stripes and authenticity, and maybe someone you dated once who

4    wore the three stripes.  All of that is in this little box in

5    your head.  And then when you see a Thom Browne product, it

6    triggers an association.  The drawer of adidas opens up and all

7    this Thom Browne stuff comes in there.  He'll explain in much

8    better detail than I am, but that's the idea of how it affects

9    the uniqueness of adidas's rights.  Adidas has this drawer in

10   your head that they want to be controlling what goes in there.

11   And if someone else comes along and starts using stripes in a

12   way that makes you think of adidas, it attaches into that

13   drawer or to that memory.  And once it's in that drawer, it

14   ain't coming out, so it's a permanent effect.

15          We also know that that association happens because

16   when people saw Thom Browne products on social media, adidas

17   came to mind, and it doesn't necessarily -- we don't know

18   whether this person was confused and thought it was an adidas

19   product, but we know adidas came to their mind.  We know that

20   when they saw Thom Browne, their adidas drawer opened up

21   because they said "adidas" when they saw it.

22          The survey itself is evidence of that association.

23   Obviously you can't say adidas in response to a Thom Browne

24   product if you haven't thought of adidas when you saw the Thom

25   Browne product.  So the evidence will line up perfectly to show

1     that there has been dilution in this case.

2              What is adidas asking for?  Two forms of monetary

3     relief we're seeking in this case that is authorized.  The

4     first is damages.  Damages is to compensate adidas for the harm

5     that has incurred.  And the other is profits, which is to say

6     that it was unfair of Thom Browne to move into these

7     compression running products, these sweatpants when it was

8     clearly adidas's area and then profit from the use of the

9     stripes.  The parties have agreed that if you decide damages

10    are appropriate, the amount is $867,225.  Because that is a

11    licensing fee that adidas would have charged if Thom Browne

12    bothered to ask for permission to take a license.

13             With regard to profits, you will hear testimony from

14    an accountant who will explain that the total sales by Thom

15    Browne of these products is about $15.6 million.  They had

16    costs of about $8.6 million, and so their unlawful profits on

17    these products are just a hair over $7 million.  And that's

18    what adidas is going to be asking you to award, those two

19    amounts:  $867,000 and $7 million.

20             Quickly, Thom Browne has a defense in the case where

21    they say adidas delayed.  Adidas should have sued us a long

22    time ago.  The key thing I want you to think about as you

23    listen to this evidence is:  Was adidas's failure to act

24    between the spring of 2010 and May of 2012, that two-year

25    period is the key period, was adidas's failure to act

 1    reasonable or unreasonable?  You will hear that shortly before

 2    this, Thom Browne told adidas they were not going to infringe

 3    the mark, and adidas trusted them.  Took them at their word.

 4    And therefore didn't stalk them to see if they were infringing

 5    the mark over the next few years.  And why would they?  They

 6    trusted them.  And at the time during this period, they only

 7    had one store here in Tribeca.  There were no filings publicly

 8    in the U.S. Trademark Office that would have triggered adidas

 9    for that four-stripe mark.  They had very limited products

10    during this period.  I think they had a grey sweatpants -- a

11    grey sweatshirt and maybe a pair of grey shorts.  Tiny sales

12    over that whole two-year period, the average sales were less

13    than a thousand products a year nationwide.  Imagine the

14    haystack that adidas would have had to search through to find

15    those needles.  There was no advertising of this product.  No

16    actual confusion to adidas.  And, meanwhile, as you saw from

17    all those lawsuits, adidas was certainly enforcing its rights.

18    So it acted reasonably and the evidence will show that.

19           The evidence will also show, as I previewed before,

20    that Thom Browne moved in follow adidas's core zone of sports.

21    That is called progressive encroachment, including launching

22    the first ever-running category in 2020 after adidas objected,

23    meaning that even if adidas had objected earlier, Thom Browne

24    wouldn't have changed their behavior because we know how they

25    acted after adidas objected.  They launched a compression

1    product after an issue was raised and then further expanded

2    that athletic expression going forward.

3            What does that expansion look like here?  That moved

4    from formal to sweatpants right into compression.  And thus you

5    won't see an unreasonable delay, and you won't be able to find

6    any harm to Thom Browne caused by that short period of delay

7    because the evidence will show Thom Browne wouldn't have

8    changed its behavior at all.

9            So in the end, the evidence will show that Thom Browne

10   is liable for selling these particular products, and we will

11   ask you to award the sum you see on the screen:  A combination

12   of damages and profits, approximately $7.8 million.

13           Thank you.

14           THE COURT:  Thank you very much.

15           And now we will hear from counsel for the defendant.

16           MR. MALDONADO:  Thank you, your Honor.  Good

17   afternoon.

18           Ladies and gentlemen of the jury, you just heard

19   adidas's version of its dispute.  And as plaintiff, they get to

20   go first.  They'll always go first throughout this whole trial.

21   But I encourage you to please to keep your minds open until

22   you've heard all of the evidence.

23           Now you might be surprised that there are a number of

24   things that Mr. Henn and I agree on.  One is our appreciation

25   of the time and effort that you're all putting in today as

1  jurors in this case.  We know it's a sacrifice, and we thank

2  all of you for your time.  And we also agree that adidas has

3  valuable trademark marks rights in three vertical stripes,

4  parallel stripes, that you might have seen on the side of a

5  sweatsuit or pants.  We agree that Thom Browne changed from

6  three bars to four bars 15 years ago in response to adidas's

7  demand that it stop using three stripes.  Both sides agree on

8  that.  We agree that adidas did not complain or object when

9  Thom Browne changed from three bars to four bars for over a

10 decade, from 2008 through 2018, despite plenty of opportunity

11 for adidas to see what Thom Browne was doing on a wide variety

12 of clothing, including shorts and sweatpants.  adidas said

13 nothing.

14         Now, having heard adidas's opening, it will not

15 surprise you that there are things we don't agree about.  For

16 example, Thom Browne does not agree that adidas's decade-long

17 delay in objecting to the use of four bars was reasonable by

18 any measure.  Thom Browne does not agree that it shifted its

19 business from formal wear to athletic sports clothing.  Thom

20 Browne does not agree that it wants to make gym clothes; it

21 does not.  Thom Browne does not agree that it seeks a profit

22 from adidas's use of three stripes.  And Thom Browne does not

23 agree that consumers are confused or that adidas has been

24 harmed in any way by anything that Thom Browne has done.

25         (Continued on next page)

1              MR. MALDONADO:  Let me suggest to you, as you listen

2     to the evidence, you will see that adidas' story, including its

3     allegations and its excuses for not doing what it should have

4     done that Mr. Henn just told you, does not line up with the

5     facts.

6              Ladies and gentlemen of the jury, first allow me to

7     introduce you to Mr. Thom Browne.

8              Please stand.

9              Thom Browne is a world-renowned fashion designer who

10    epitomizes the American dream.  Now few of you may have ever

11    heard of him before today, but you'll learn about him through

12    the course of this trial.  Through Thom Browne's vision and

13    creativity, he has changed the face of fashion across the

14    world.

15             What he's wearing today from head to toe is clothing

16    designed by him.  You'll hear him tell his story.  He started

17    his company designing fashion that he wanted to wear because

18    nobody else was doing it.  He revolutionized the men's suit,

19    and as you can see here on the screen, as witnesses will

20    explain to you, he changed the proportions of men's suiting.

21    He made the jackets shorter.  He made the pant hems higher.

22             Thom Browne didn't wear his suit to trial today

23    because of the trial.  This is how he dresses every day.  He

24    and his employees dress like this every day.  He created this

25    look.  It's his uniform, and it represents him and his company,

1    and he proudly wears this every day.

2            Now, Thom Browne's clothing is recognizable first by

3    the way it looks, by his proportions and the look, as I just

4    described to you, and some examples are here on your screen.

5    But it is also identifiable because of two distinctive branding

6    elements that Thom Browne uses throughout his clothing

7    collection.  One is the four parallel bars on the left sleeve

8    or the left pant leg, which you see here on the screen on this

9    jogging suit.  Another branding element is the distinctive

10   Grosgrain signature, which you've heard about.  And this is a

11   distinctive pattern of five colored stripes that you see --

12   white, red, white, blue, and white -- and this is used at

13   various locations on the garment.  These are branding elements

14   which tell you that this clothing is Thom Browne, and Thom

15   Browne has used these branding elements for over a decade.

16   It's not something new.

17           Now you've met me.  I've introduced myself and my

18   team.  Also with us today is the chief financial officer for

19   Thom Browne, Mr. Luigi Gajo.

20           So, ladies and gentlemen of the jury, nothing that

21   Thom Browne has done in this case has anything to do with

22   adidas.  He's his own man.  He creates his own design.  He has

23   his own vision, and his design set him apart from others.  Thom

24   Browne is always in the fashion news, regularly interviewed.

25   He is an icon in the fashion world.

1          Mr. Thom Browne started designing clothes right here

2     in New York City in his apartment.  He poured all of his money

3     into his business.  He worked two other jobs to keep the

4     business going.  He nearly went broke, but it all paid off.

5     And he is a classic American success story.

6          Now, if Thom Browne started his business by designing

7     and selling a twist of the classic men's suit.  And grew his

8     business from there designing a full clothing section,

9     embodying that Thom Browne look we just talked about, and he

10    even expanded into women's, a women's collection, which

11    embodied the same look, the same tailored look as you see in

12    the images that we were just looking at.  He applied the

13    tailored look throughout his clothing collection, which have

14    included from the beginning not only formal clothing, but also

15    more casual clothing.

16         So whereas Mr. Henn tells you about the suits that he

17    sold back in 2000, early 2000s, he also sold more casual

18    clothing back then, including T-shirts, shorts, cardigan

19    sweaters, and the like.  He's been selling that since the mid

20    2000s for over 15 years now.

21         Mr. Thom Browne added Jersey sweatpants to his

22    collection in 2009.  14 years ago.  He's been selling

23    sweatpants for 14 years.  It's not something new.  His clothes

24    are made of the best materials and the best craftsmanship.

25    They are expensive and made to last.  A Thom Browne suit costs

1   $3500.  Thom Browne sweatpants, top and bottom, costs $1600.

2   This is high-end luxury clothing.

3           Now, for some of his designs, Thom Browne drew

4   inspiration from varsity sports sweaters, as you'll see here on

5   the screen.  These are various vintage images of varsity

6   sweaters.  Tom was an athlete in college and he wanted to

7   project the sporting sensibility in his clothing design.

8   Varsity sports sweaters, as you see here, often used parallel

9   stripes on the sleeve.  This is what Thom wanted to include in

10  many of his clothing designs.  He didn't design varsity

11  sweaters.  He designed cardigans and other items of clothing.

12  And by the time he adopted these three bars that he is used on

13  the sleeves, he had already been using the five-stripe

14  Grosgrain signature that we talked about earlier.  The use of

15  both of these stripes designs cultivated a sporting sensibility

16  or a sporting feeling that permeates his collection.

17          Now, when Thom Browne decided to use three bars and

18  the Grosgrain, did he know about adidas?  Yes, he did.

19  Everybody knows about adidas.  Was he inspired by adidas?

20  Absolutely not.  He's not a copier.  He is an original

21  designer.  He doesn't follow trends.  He designs what comes

22  from his heart.

23          Thom Browne's clothing is unique.  You will hear

24  evidence that nobody is likely to confuse Thom Browne's luxury

25  clothing with adidas' everyday athletic sportswear on a point

1  of sale when they are making a purchase.  Thom Browne does not

2  in any way, shape, or form compete with adidas.

3          Thom Browne is a luxury designer and adidas is a

4  sportswear company that sells sneakers and clothing to play

5  sports in.  They operate on two different levels.  Their

6  clothes are different.  Their marketing is different.  Their

7  price points are different.  Yet here we are.

8          Ladies and gentlemen, this is a case about stripes;

9  about adidas' three stripes.  It's a case about bars; about

10 Thom Browne's use of four bars.  But whether you call them

11 stripes or bars doesn't matter.  As you listen to the evidence,

12 you're going to hear witnesses talk about various fashion terms

13 like sportswear, activewear, athleisure.

14          Don't be confused by the various terms that various

15 witnesses use.  Please focus on the facts.  And the facts of

16 this case are simple, but it's important that you don't get

17 distracted by irrelevant facts.  So let me preview to you the

18 areas we'll address during this trial.

19          We will discuss trademark property lines.  We'll talk

20 about the use of stripes in fashion and in sports.  We will

21 talk about the fact that adidas and Thom Browne do not compete

22 and the consumers are not confused.  And we'll talk about

23 fairness, including adidas' excessive and unreasonable delay in

24 not taking any action against Thom Browne for more than

25 ten years after adidas made Thom Browne stop using three bars.

1           So let's talk first about trademark property lines.

2    This is a trademark case.  You'll hear evidence about

3    trademarks, registrations owned by adidas.  You can think of

4    trademarks as parcels of property.  And as you see here on the

5    screen, you have a parcel of property, let's say adidas'

6    Three-Stripe Marks, the vertical three stripe marks.  That's a

7    trademark owned by adidas.  And there may be neighbors around

8    you that may own different stripes on different properties.

9           Now, adidas claims it owns trademarks of three stripes

10   as used on apparel and footwear.  And if you look here, these

11   are some of the registrations they are asserting in this case.

12   These are trademark registrations that adidas owns for apparel,

13   and you will see each of them is three stripes.  Three stripes

14   on the sleeve.  They are all three vertical stripes.  Always

15   the number is three.  You will not see a trademark registration

16   for any number of stripes other than three.

17          Now, on the next page shows various trademark

18   registrations owned by adidas for apparel and footwear.  Again,

19   always three stripes.

20          Finally, on this page you'll see various registrations

21   that adidas is asserting in this case for three stripes on

22   headgear.  Again, it's always three stripes.

23          Just so you know, by the way, in this case, you'll

24   learn, as you see the evidence, adidas is not accusing any Thom

25   Browne headwear of infringement.

1          Now, while adidas claims rights to three stripes, it's

2     constantly trying to extend those rights to protect other

3     numbers of stripes on clothing.  But simply stated, adidas does

4     not own all stripes on clothing.  Regardless of the number of

5     stripes, many other designers use stripes on clothing.  You'll

6     see evidence of that as we go through the trial.

7          Now, adidas' use of stripes as seen in these

8     registrations has almost always been vertical, up and down.

9     This is what adidas is most known for.  Adidas does not own any

10    registration for horizontal stripes on clothing, on tops, on

11    shirts, on jackets, on pants.  You're not going to see any

12    horizontal stripe registrations owned by adidas.

13         Thom Browne, on the other hand, uses horizontal

14    stripes or bars.  This bearing repeating.  This is important

15    for you to keep in mind.  Thom Browne uses horizontal stripes

16    and bars.

17         Now, adidas is also known for its Trefoil and Badge of

18    Sport Mr. Henn put on the screen earlier.  You might recognize

19    these.  These are pretty well-known as corresponding to adidas.

20    But in this case, adidas is not asserting either of those

21    registrations against Thom Browne.

22         Now, you'll hear testimony from a Ms. Joanne Arbuckle,

23    an educator at the Fashion Institute of Technology here in New

24    York City.  She's got over 30 years of experience in fashion

25    design.  She knows all about fashion history, and she'll

1    explain to you the historical use of stripes in the fashion

2    industry and how stripes have long been associated with sports.

3    Many people have used stripes.  If you watch football on TV,

4    you look at the player's uniforms, you're going to see stripes.

5         The use of stripes in connection with sports goes back

6    centuries.  It's not owned by adidas.  Stripes have also been

7    long associated with military uniforms, with pilot's uniforms.

8    You may see the stripes on the sleeves of pilot uniforms.

9    Ms. Arbuckle will explain to you how these ancient uniform

10   designs made their way into modern clothing, the clothing that

11   you wear today.  Look in your closets, you'll see you have

12   stripes on your clothing.

13        Now, any property rights that adidas may have in three

14   parallel stripes does not extend to other stripes.  Adidas does

15   not own two stripes, four stripes, or five stripes or any

16   number of stripes.  Ms. Arbuckle will show you examples of how

17   others in the fashion industry have used other numbers of

18   parallel stripes.  So keep in mind that adidas' rights in

19   stripes are limited.

20        Now let's talk about adidas' knowledge of Thom Browne.

21   Now, Thom Browne is one of the many companies who used stripes

22   or bars on its clothing, but one of things that makes Thom

23   Browne different and stand out from the rest is that adidas has

24   known about Thom Browne using stripes on his clothing since

25   2006.  2006, adidas has known this for over 16 years now.

1              And so, ladies and gentlemen, this is a case about

2     fairness.  Thom Browne first used three bars of his clothing in

3     2005.  If you look here on the screen, you'll see an example of

4     three bars on a cardigan sweater from 2006.  When adidas

5     learned that Thom Browne was using three bars, it demanded that

6     Thom Browne stop.  That was in 2007.

7              Thom Browne did not want to get into an expensive

8     fight with a global behemoth like adidas, so he stopped using

9     three bars and changed to four bars.  Adidas never complained

10    about the switch from three bars to four bars.  Never

11    complained for over a decade.  For over ten years.  And the

12    evidence will show you that adidas delayed and waited for more

13    than ten years, and this was unreasonable.  After Thom Browne

14    achieved success and he established a reputation in the use of

15    these four bars on his clothing, now adidas wants him to stop,

16    and that's not fair.

17             Now, you'll hear evidence of the harm that Thom Browne

18    would suffer if it was caused to stop using its two signature

19    branding elements.  It would not only be unfair to Thom Browne,

20    but it would be unfairly reward adidas, extending its property

21    rights, and forgiving adidas basically for falling asleep at

22    the wheel through the detriment of Thom Browne.

23             Now, we think that a timeline would be helpful for

24    understanding the facts here.  In 2001, Thom Browne started his

25    business here in New York City.  From the beginning, he used a

1    Grosgrain signature on his clothing, and it's always been a

2    pattern of white, red, white, blue, and white.

3         In 2005, he began using horizontal bars on the left

4    sleeve of his shirt or jacket or on a pant leg.  In 2006, Thom

5    Browne opened his first story here in New York City in TriBeCa.

6    First and only store here in New York.

7         At the time that he opened the store, a fashion

8    publication called DNR published an article about the opening

9    of the store.  In that article, as you'll see on screen, a

10   picture of a sport coat with three bars on the left sleeve.

11   Now this article was brought to adidas' attention in 2006.

12   Adidas investigated Thom Browne, and in 2007, adidas' in-house

13   counsel at the time -- a woman by the name of Vanessa

14   Backman -- called Thom Browne's CEO at the time -- a man by the

15   name of Tom Becker -- and told him that Thom Browne needed to

16   stop using the three bars because adidas believed that Thom

17   Browne was infringing its rights using three bars on a sports

18   coat.

19        Now, Thom Browne did not agree that it was infringing,

20   but Thom Browne was a small company at the time.  It was having

21   financial difficulties, it was struggling to stay afloat, and

22   it could not afford to go into a battle with the mammoth German

23   powerhouse that is adidas.  So Thom Browne decided to stop

24   using three bars so it could move forward with his business.

25   But he wanted to stay with the idea of using bars on the left

 1   sleeve because he wanted to maintain that collegiate reference.

 2   He played around with with different numbers of stripes, and

 3   eventually he came up with four bars as his new signature, and

 4   that was debuted in 2008.

 5          In 2009 he debuted, the following year, he debuted

 6   jersey sweatpants having hour bars.  For the next decade,

 7   silence from adidas.  He decided to make the change in 2007,

 8   15 years ago.  That was the same year that Apple first

 9   introduced the iPhone.  Now we're up to iPhone 14.  That shows

10   you how much time has passed.

11          Thom Browne voluntarily changed his branding from

12   three bars to four bars, and he did this to appease adidas.

13   What did adidas do?  Adidas stayed silent and said nothing.

14   And during this time that adidas was silent, Thom Browne grew

15   his business.  He went from one store in the U.S. to six stores

16   in the U.S. and two in Canada.  He went from having his

17   products sold through 100 department stores in the U.S. to

18   400 department stores in the U.S.  He expanded his collection

19   from a men's collection to a women's collection.  He expanded

20   his outerwear collection.  He added children's collection.  He

21   grew his business using his signature brand elements throughout

22   each of these lines, understanding that there was no objection

23   from adidas because adidas said nothing and didn't complain.

24          Now, adidas must have known what Thom Browne was doing

25   before 2018.  And, ladies and gentlemen, as you listen to the

1   evidence, you'll decide for yourself.  But the evidence will

2   show that adidas certainly should have known what Thom Browne

3   was doing.  In 2008, Thom Browne first displayed his four-bar

4   signature on his runway show held right here in New York City.

5   That's on the screen in front of you, the sweater.

6          Yet adidas' witnesses will testify they didn't know

7   what Thom Browne was doing.  But the evidence will show to the

8   contrary, that adidas could have very easily found out what

9   Thom Browne was doing if it had only tried.  And why do we say

10  that?  Because adidas is aggressive in policing and enforcing

11  its Three-Stripe Mark.  It aggressively pursues strangers and

12  counterfeiters.  Adidas knows what it's doing.

13         It's in the fashion business and attends fashion

14  shows, as Thom Browne does.  Adidas monitors fashion magazines

15  to see what others are doing in fashion.  That's how they found

16  out about Thom Browne in the first place.  Adidas' witnesses

17  admit that after they found out about Thom Browne in 2007, Thom

18  Browne was on its radar.

19         Now, in 2008 Thom Browne had only one store.  One

20  store in New York City.  Now how easy would it have been for

21  adidas to go visit that store to see what Thom Browne was

22  doing.  It could not have been any simpler.  You'll hear

23  adidas' witnesses say that Thom Browne did limited marketing.

24  But Thom Browne is a high-end luxury brand.  High-end luxury

25  brands often do not spend a lot of money on advertising,

1    traditional advertising.  People still know about them and know

2    what they are doing.  How do they know?  They know through

3    runway shows, they know through fashion magazines, they know

4    through social media, celebrities, high-profile celebrities

5    wear the luxury brands.  People see it and know about the

6    brands.

7              Now, Thom Browne's runway shows are attention-

8    grabbing, often reported in the fashion media from 2008 through

9    2012.  During that four-year period, Thom Browne had at least

10   ten fashion shows in New York and Paris.  His shows are

11   attended by fashionistas, by fashion industry reporters, by

12   celebrities, by buyers for department stores throughout the

13   U.S., like Saks Fifth Avenue and Nordstrom.

14             Thom Browne was not hiding.  He was out there.  He was

15   public.  His clothing was public.  Celebrities are wearing his

16   clothing.  Here, you'll see Lebron James.  He dressed Michelle

17   Obama for the 2013 inauguration.  You see Kevin Hart here

18   wearing Thom Browne.  He was out there.  His brand was out

19   there.  His four bars were out there.  It could have been very

20   easy for adidas to know what Thom Browne was doing.

21             Adidas' lawyer had Thom Browne's phone number.  She

22   called him in 2007.  They could have called him at any time

23   between 2007 to 2018.  No phone calls.  Zero.  They could have

24   e-mailed him.  They could have done anything, but adidas chose

25   to do nothing.

1          Now, Thom Browne's sweatpants, as Mr. Henn admitted,

2     are sold in many of the same department stores that you see on

3     the screen here -- Barney's, Bergdorf, Neiman Marcus,

4     Nordstrom, Saks Fifth Avenue, and Thom Browne's own store here

5     in New York.  Any one of these stores adidas could have visited

6     and would have seen Thom Browne's clothes, would have seen Thom

7     Browne's sweatpants with four bars that were being sold since

8     2009.  Adidas chose not to complain.

9          Now, you will hear evidence that adidas waited so long

10    because it didn't know what Thom Browne was doing.  They didn't

11    know Thom Browne was selling activewear.  But Thom Browne's

12    clothing, as I have mentioned, as the evidence will show, was

13    never limited to just suits.  He always sold other items, and

14    he sold a full collection of clothes.  That is how luxury

15    brands work.  They try to dress their customer in whatever they

16    want to wear.  They try to have a wide range of clothing,

17    formal and casual.  That includes what Thom Browne did, and

18    he's been selling all these items for quite a long time.

19    Mr. Henn made it sound like this was all new and all recent.

20    He was only selling suits until recently.  It's not true.  You

21    will see the evidence does not support that.

22         Now, as far as sports and adidas kind of thinking that

23    they own stripes in the sporting world, Mr. Thom Browne's

24    collections have always had a sports-inspired theme.  And if

25    you look at a slide here of his runway shows, his very first

1    fashion show in 2006 was an ice-skating theme show.  He's also

2    had other shows.  Here they are.  We have a tennis collection

3    show in 2008.  We have a swimwear collection show.  And he's

4    had a football capsule.  So he's always had -- sporting has

5    always been part of the equation for him.

6             Now, as I mentioned, the parties are not in

7    competition and there is no confusion.  You will not hear any

8    evidence that any consumer was confused when shopping in a

9    store or online for Thom Browne's or adidas' goods.  You won't

10   hear any evidence of that.  And Mr. Henn talked about how

11   adidas is not going to look at point of sale confusion, which

12   is convenient, because there is no point of sale confusion.

13   You're not going to hear any evidence that anyone is confused

14   when they walk into a store.  No one is going to purchase a

15   Thom Browne $800 pair of sweatpants thinking they are buying

16   adidas.  That isn't going to happen.  It hasn't happened.

17            Now, as I mentioned, Thom Browne began selling

18   sweatpants since at least the fall of 2009.  14 years ago.  And

19   throughout that time, there's been no confusion.  Why has there

20   been no confusion?  First, because adidas' three vertical

21   stripes and Thom Browne's horizontal bars are not similar.  If

22   you look at them side by side, they are not similar.  They are

23   very distinct.  They are very different and convey different

24   things.  Three stripes is not the same as four horizontal bars,

25   and only on one side.  Adidas is using stripes on both sides.

1          Second, the parties operate in different markets.

2    Luxury versus sportswear.  And while adidas will point to

3    collaborations with other brands like Gucci, in those

4    collaborations, Gucci transforms the adidas Trefoil into a

5    Gucci Trefoil, as you'll see here.  Now you have adidas, what

6    was previously the adidas Trefoil, now it says Gucci.  Now that

7    is associated with Gucci.  These are high-end luxury clothes

8    now associated with Gucci.  They are not adidas clothes.

9          So the parties operate in different markets.

10   Sometimes it's sold in the same department stores, as you've

11   heard, not sold side by side.  The luxury brands have their own

12   section, and Thom Browne is going to be with Christian Dior,

13   Louis Vuitton, Chanel.  He is not going to be with adidas.

14   Adidas is going to within the sportswear company, with Nike and

15   Puma, and they will be in different places.

16         We talked about different price points.  Pair of

17   sweatpants here, you'll see adidas sweatpants $55.  Thom Browne

18   sweatpants $1,000.  And if you look at the sweatpants -- you'll

19   have a chance to do this during trial -- you'll see the

20   difference in quality.  You'll see the difference in design.

21   Thom Browne's sweatpants are often seen and worn, as you'll see

22   in this picture, with a dress shirt, with a tie.  It's not

23   sweatpants for the gym.  It's not sweatpants to go out running.

24   These are high-quality fashion items.  They are not competitive

25   with adidas.

1          Now, you heard Mr. Henn talk about dilution, and

2     adidas claims its brand is being diluted, which means its

3     three stripes being somehow watered down by what Thom Browne is

4     doing.  This is not true.  Adidas' experts will testify to you

5     about brain nodules and theoretical possibilities of harm.  But

6     you're not going to hear any concrete evidence of any actual

7     harm to the adidas brand.  You're not going to hear any of that

8     because Thom Browne has not done anything to harm the adidas

9     brand.  On the other hand, you might or you will hear evidence

10    that adidas itself has weakened its own brand by allowing Gucci

11    and others to cannibalize its Trefoil.  And its own expert has

12    admitted that that has harmed the brand.

13         So, ladies and gentlemen, keep an eye on the evidence

14    to see if these six fundamental facts are, as I have suggested:

15         One is that adidas' rights in the Three-Stripe Mark

16    are limited;

17         Two is that Thom Browne's use of four bars

18    horizontally is not similar to adidas' use of three stripes

19    vertically;

20         Three, there is no evidence that consumers are

21    confused when they are making a purchase; they are not going to

22    purchase one product thinking its the other;

23         Four, the parties are worlds apart and they don't

24    compete;

25         Five is that adidas knew or should have known what

1    Thom Browne was doing in 2008, and by no later than 2012,

2    within those few years, contraband should have known what Thom

3    Browne was doing and it could easily have found out what Thom

4    Browne was doing; and

5              Six, that adidas chose not to act, adidas fell asleep

6    at the wheel and woke up too late, and that's what's happened

7    here.

8              So we ask you to keep your mind open until after

9    you've heard all of the evidence.  And if you follow the

10   evidence and you apply the law, as instructed by the court, at

11   the end of the day adidas should not be allowed to claim more

12   than they own, they should not be allowed to claim more from

13   Thom Browne than what he promised them, and they should not be

14   rewarded for falling asleep at the wheel and allowing Thom

15   Browne to grow his business and reputation, thinking that

16   adidas had no objection to what he was doing.  Adidas chose

17   silence.  They never said anything.

18             So we thank you, ladies and gentlemen, for taking your

19   time from your busy lives and engaging in this effort to reach

20   your verdict based on the facts and the law.  We will do our

21   best to use our time to present a credible, understandable, and

22   relevant and interesting case to you.  We thank you for the

23   seriousness of purpose that you bring to your roles as jurors.

24             Thank you.

25             THE COURT:  Thank you very much.

1          All right.  Plaintiff will call their first witness.

2          MR. HENN:  Your Honor, we call Chris Murphy.

3          Your Honor, we have notebooks, hard copies of the

4     exhibits.  If your Honor wants them, we can bring them forward

5     or wait to see if they are needed.

6          What would you prefer?

7          THE COURT:  I'll take one.  I never refuse a free

8     deal.  Just give them to my law clerk.

9          THE DEPUTY CLERK:  Is Christopher Murphy in the

10    courtroom now?

11         Please take the witness stand.

12     CHRISTOPHER GORDON MURPHY,

13        called as a witness by the Plaintiffs,

14        having been duly sworn, testified as follows:

15         Please be seated and state your name and spell it for

16    the record.

17         THE WITNESS:  Christopher Gordon Murphy, M-u-r-p-h-y.

18         THE COURT:  Counsel.

19    DIRECT EXAMINATION

20    BY MR. HENN:

21    Q.  Good morning, Mr. Murphy.

22         Would you just take a moment and introduce yourself to

23    the jury, please?

24    A.  Sure.  Good morning.  Hi.  I'm Chris Murphy.  I'm the

25    senior vice president of brand marketing for adidas North

1    America.

2    Q.  Where you live, tell us a little about your family and

3    educational background?

4    A.  Sure.  I live in Portland, Oregon.  I grew up in Seattle,

5    Washington.  I have a wife, two little girls, two dogs, two pet

6    rats, and a bearded dragon.  We call them pets.

7             I went to undergraduate at Willamette University in

8    Salem, Oregon.  Master of business administration from the

9    University of Oregon and Eugene and have a digital certificate,

10   master's certificate, from Arizona State in digital marketing.

11   Q.  How often have you been at adidas?

12   A.  I've been there just under 17 years.

13   Q.  Will you walk the jury through the positions you've held

14   since you got there?

15   A.  Sure.  I started in 2006 working in basketball overseeing

16   digital marketing for China and the U.S.  I then went on to

17   oversee the digital marketing team which was focused just on

18   the U.S. at that time.  I then proceeded to oversee the brand

19   marketing organization on the sports side.

20           So we have two divisions, sport and style.  I oversaw

21   sport.  I then went on to oversee a team called the news room

22   focused on PR and social media.  I then went on to be the vice

23   president of digital marketing and media, and now I'm currently

24   the senior vice president of brand marketing.

25   Q.  What does the phrase brand marketing mean in the context of

1    your job?

2    A.   Sure.  My job and my team's job is to create desire and

3    interest in the brand, the three stripes, and ultimately to

4    drive people to consider and purchase our products.

5    Q.   What are your duties as the senior vice president?

6    A.   So I oversee teams that are focused on things like

7    developing content and creative.  So the TV commercials you

8    might see from our brand.  We buy the media for those TV

9    commercials.

10           We work across all digital marketing platforms, what

11   you might see on social media, what you might see on *espn.com*.

12   We do a lot with public relations, so PR articles you might

13   read around adidas.

14           We do a lot of purpose marketing, so it is very

15   important for us we are thought of as a sustainable and

16   inclusive brand.  So we are very much involved in the purpose

17   side of things.

18           And then last, but not least, we do a lot of work with

19   athletes and influencers to make sure they're wearing our

20   products on the field, on the pinch, on the court.

21   Q.   We're going to spend a lot of time with you on your

22   marketing activity.

23           Since you're the first witness, take a moment and

24   explain to the jury how adidas is structured in terms of both

25   global and U.S. and product category breakdown?

1   A.   So I work for the North America organization, which is the

2   local subsidiary of a larger global organization which is based

3   in Germany.  We are organized in kind of three different ways.

4   We have a sales organization, we have a product organization,

5   and then we have a marketing organization.  I'm part of the

6   marketing organization.

7            Within all those, we are organized by category.

8   Categories are things like soccer, basketball, running

9   categories.  And then we have a lifestyle category, categories

10  more focused on street and style.

11  Q.   What are the major design marks that adidas uses in its

12  marketing?

13  A.   We have the main design mark is the Three-Stripe Mark.

14  We're known as the brand with three stripes.

15  Q.   Let's pull up Exhibit 1.

16           Just identify that for the jury.

17  A.   Sure.  This should be a well-known shoe.  This is our

18  superstar popular, famous shoe.  You'll note the three stripes

19  running down the side of the shoe with the superstar name next

20  to the top stripe.

21  Q.   How long has adidas used the --

22           THE COURT:  I'm sorry.  Are you offering this?

23           MR. HENN:  I'm sorry, your Honor?

24           THE COURT:  Are you offering this exhibit?

25           MR. HENN:  Yes.  We offer Exhibit 1.

1          THE COURT:  All right.  Any objection?

2          MR. CONLEY:  No objection.

3          THE COURT:  Received.

4          (Plaintiff's Exhibit 1 received in evidence)

5    BY MR. HENN:

6    Q.  How long has adidas used the Three-Stripe Mark on footwear?

7    A.  On footwear?  In Europe in the '40s and in the U.S. in the

8    '50s, since the '50s.

9    Q.  Let's pull up Exhibit 2.

10         Would you identify Plaintiff's Exhibit 2 for us?

11   A.  Sure.  This is a pant you also know too.  This is a Tiro

12   pant, very popular.  You can see the stripes running down the

13   sleeve of the jacket being worn and down the pants.  Also note

14   the three stripes on the shoe and three stripes as part of the

15   logo on the pants as well.

16         MR. HENN:  Your Honor, we offer Exhibit 2.

17         MR. CONLEY:  No objection.

18         THE COURT:  Received.

19         (Plaintiff's Exhibit 2 received in evidence)

20   Q.  How long has adidas used the Three-Stripe Mark on apparel?

21   A.  Late '60s, early '70s.

22   Q.  Does adidas maintain a collection of its catalogs dating

23   back to that time period?

24   A.  Yes, we do.

25   Q.  I'm going to go through a series of exhibits for you by

1    decade to try and speed things along.

2              Let's pull up Exhibit 3 first.

3              Would you just tell the jury what is contained in the

4    compilation that is Exhibit 3?

5    A.  Sure.  A collection of catalogs starting back in the '70s

6    and running through each decade showcasing our product

7    footwear, apparel, accessories, yes.

8              MR. HENN:  Your Honor, we offer Exhibit 3.

9              MR. CONLEY:  There is an objection, your Honor.

10             THE COURT:  Ground.

11             MR. CONLEY:  Foundation.

12             THE COURT:  How do you know what this is?

13             THE WITNESS:  How do I know what this is?

14             THE COURT:  Yes.

15             THE WITNESS:  We have lots of product catalogs.  We

16   see them every season.

17             THE COURT:  Did you collect the ones that are shown

18   here?

19             THE WITNESS:  No, but I have seen them previously.

20             THE COURT:  You saw them at work?

21             THE WITNESS:  I see catalogs all the time, yes.

22             THE COURT:  Do you want to lay any further foundation?

23             MR. HENN:  Happy to, your Honor.

24   BY MR. HENN:

25   Q.  Mr. Murphy, have you reviewed the catalogs from the 1970s

1    that are contained in Exhibit 3?

2    A.  Yes, I have.

3    Q.  Have you looked through the entirety of Exhibit 3 and

4    confirmed those are, in fact, catalogs from the 1970s?

5    A.  Yes, I have.

6             MR. HENN:  Your Honor, we offer Exhibit 3.

7             THE COURT:  Received.

8             (Plaintiff's Exhibit 3 received in evidence)

9    Q.  We're not going to go through the whole exhibit, not to

10   bore anyone.  Let's look at a few pages.

11            What I would like you to do, Mr. Murphy, is identify

12   the product and how the Three-Stripe Mark is being used on the

13   page.  So if we go to page four.

14   A.  Sure.  You can see the three stripes on the footwear, you

15   have some soccer completes as well as some basketball shoes in

16   this one.  You see the three stripes running down the side of

17   the shoes.  You'll also see a track suit in the background.

18   You can see the three stripes running down the length of the

19   sleeve as well as the pants as well you can see the three

20   stripes running down the side of the pants.

21   Q.  If we go over to page 29.

22            Would you identify that shoe for us?

23   A.  Sure.  This is the Americano, popular basketball shoe from

24   the '70s.  You see the three stripes running down the side of

25   the shoe in blue, red, blue combination.  You can also see

1   three stripes on footwear in the background as well.

2   Q.  Go to page 57.

3            What do we have here?

4   A.  These are some of the early track suits, the Beckenbauer

5   track suit.  You can see the stripes on the track suits running

6   down the length of the arm as well as down the side of the pant

7   leg.  You can also see three stripes on the footwear being worn

8   as well.

9   Q.  Go over to page 61, please.

10            What are these products and how is the Three-Stripe

11   Mark used?

12   A.  This is from the soccer page of the catalog.  You can see

13   on the tops.  You'll see three stripes running down the side of

14   the arm.  You can see on the shorts, three stripes running down

15   the side of the shorts.  On the top of the sock, you'll also

16   see three stripes.  And then on the cleats and then on the

17   non-cleated footwear, you'll see three stripes running on both

18   the inside and the outside of the shoes.

19   Q.  Go over to page 85.

20            Can you identify what that page is?

21   A.  Sure.  This is from our catalog from 1979.

22   Q.  If we go over to page within this, the next page 86, just

23   identify the product and the way in which the Three-Stripe Mark

24   is being used?

25   A.  Sure.  These are more soccer products.  You can see the

1    three stripes running down on the upper right, length of the

2    sleeve.  You can see three stripes on the shorts in the upper

3    right picture as well, and then two to the left.  You'll see

4    the three stripes running down the length of the short as well.

5    You'll also note that in the logo there, the Trefoil logo,

6    three stripes within the Trefoil logo as well.

7    Q.  Last, let's go to page 89.

8         Would you identify the products on this page and the

9    use of the Three-Stripe Mark?

10   A.  Sure.  You'll note on the left-hand side of the middle,

11   three stripes running down the sleeve, stopping short of the

12   cuff.  You'll also notice lower left, three stripe running

13   horizontally across the side of the sleeve.

14   Q.  Take that down.  Thank you.

15        We'll next pull up Exhibit 4.  Go ahead and ask you

16   some foundational questions to speed the process here.

17        Mr. Murphy, have you reviewed the catalogs contained

18   in Exhibit 4?

19   A.  Yes, I have.

20   Q.  And what is contained in Exhibit 4?

21   A.  Collection of products from our catalog from the 1980s.

22        MR. HENN:  Your Honor, we would offer Exhibit 4.

23        MR. CONLEY:  Same objection, your Honor.

24        If we could briefly be heard at sidebar?

25        THE COURT:  Well, I'm really wondering whether a

1    sidebar is necessary, but OK.

2               (Continued on next page)

1          (At the side bar)

2          MR. CONLEY:  My main concern, your Honor, is that

3   he's being treated like a 30(b)(6) witness.  He has previously

4   testified catalogs are not marketing.  They are not

5   advertising.  That's not his bailiwick.  He does not review

6   catalogs.  Now he seems to know all about these various

7   catalogs from various decades.

8          THE COURT:  No, no, no.  I don't understand that

9   objection.

10         First of all, there is no such thing at trial as a

11  30(b)(6) witness.  That's a question of deposition.

12         Second of all, if you're saying that he previously

13  said he wasn't familiar with these catalogs.  The point is he's

14  reviewed them.  He reviewed them in preparation for this trial.

15  He could have reviewed them last night.

16         I guess I don't see any reason to question --

17         and I take it you're not questioning that these are,

18  in fact, catalogs of adidas?

19         MR. CONLEY:  No.

20         MR. HENN:  They stipulated to authenticity, your

21  Honor.

22         THE COURT:  All right.  So thank you for the sidebar.

23         However, since we're at the sidebar, if you're

24  offering an exhibit not yet in evidence, it should first be put

25  up on the screen of the witness and the lawyers and then ask

 1    them to identify it.  And then if I receive it, you then show

 2    it to the jurors not before.

 3           MR. HENN:  Fair.  I wondered if -- maybe we can take

 4    this up during a break.  We exchanged exhibits the night before

 5    and worked through, I thought --

 6           THE COURT:  Well, if you want to jointly offer a whole

 7    bunch of exhibits and put that on the record during a break, I

 8    will certainly speed things along.  I'm happy to do that.  That

 9    hasn't been done since yet.

10           MR. HENN:  Fair.  OK.

11           THE COURT:  So go back, but I'm going to explain to

12    the jury what sidebar is are.

13           MR. HENN:  Thank you, your Honor.

14           (Continued on next page)

1          (In open court)

2          THE COURT:  Ladies and gentlemen, let me just explain

3    two things so you'll understand the procedure.

4          First, when testimony or an exhibit is offered, the

5    other side has a right to object on the grounds that it doesn't

6    comply with the Federal Rules of Evidence.

7          Now, what are the Federal Rules of Evidence?

8    Fortunately, you don't need to know.  Not even one little bit.

9    But I need to know, and they actually come -- if you're

10   curious, they come down to us from about 500 years ago, even

11   before there was a United States, and they determine that

12   certain types of evidence are admissible and certain types are

13   not.

14         So don't hold it against any lawyer if he or she says

15   objection.  That's their job to say, Judge, we don't think it

16   complies with the rule of evidence, and then I'll determine

17   whether it does or not.  The only thing that will be evidence

18   what is received for you.

19         So, for example, if a question is put, Isn't the moon

20   made of green cheese?  And there is an objection presumably by

21   lovers of other forms of cheese, and there is an objection and

22   I say sustained, then you must disregard the question.

23         Now, every once in a while an objection is made that

24   requires me to know more than can be expressed in front of you.

25   For example, I may need to know what the next five questions

1    are to see whether the evidence is relevant or not.  So then we

2    have a sidebar so that you don't hear what is going on.  It's a

3    great opportunity for you to twiddle your thumbs or yawn or do

4    whatever else you like.  We will try to keep these sidebars to

5    an absolute minimum, but occasionally they have to occur.

6            So, again, this is standard trial practice.  Don't

7    street it as anything abnormal.  It's nothing to do with you,

8    it's just to do with me and determining the rules of evidence,

9    and ultimately it is about you for this reason.  The common

10   denominator of the rules of evidence is that the evidence

11   presented to you must be at least minimally trustworthy before

12   you can hear it.

13           So I'll give you a common example:  Hearsay.  If

14   someone testified in a murder case, I heard Smith say to Jones

15   that he saw John kill Mary, that would be zero evidence.  You

16   should never even hear that.  And if it was posed in a question

17   that were given in testimony, I would sustain the objection and

18   tell you to disregard it because it's not the testimony of

19   someone who actually saw the murder.  It's not the testimony of

20   someone who was even told about someone who saw the murder.

21   It's light years removed.  It's not evidence at all.  It's just

22   gossip, and we don't allow gossip.  So that's what this is all

23   about.  But don't you worry about it, I'll take care of it.

24   That's what objections and sidebars are.

25           OK, counsel.  Go ahead.

1          MR. HENN:  I believe I was offering Exhibit 4.  I'm

2   not sure you accepted it.

3          THE COURT:  Yes.  There was the same objection.

4          Received.

5          MR. HENN:  Thank you.

6          (Plaintiff's Exhibit 4 received in evidence)

7   BY MR. HENN:

8   Q.  You can publish that now, Exhibit 4.

9          Same exercise, Mr. Murphy, with the catalogs from the

10  1980s.  Starting on the cover here from the 1980 catalog, can

11  you identify where the Three-Stripe Mark is being used?

12  A.  Sure.  No problem.

13         You can see the three stripes running town the sleeve

14  on the soccer jersey.  You can see the three stripes running

15  down the side of the shorts.  There are three stripes at the

16  top of the socks, and you can see the three stripes on the

17  inside of the right leg of the soccer player.

18  Q.  Go over to page five.  Same question, identify the product

19  and tell us how the Three-Stripe Mark is being used.

20  A.  Sure.  These are track jackets.  You can see the three

21  stripes, slightly wider than we've seen in previous examples,

22  running down the length of the sleeve.  You also note the three

23  stripes in the logo, on the large logo on the left side of the

24  chest.  And if you look down at the shoes, you'll see three

25  stripes on the footwear as well.

1    Q.   Go to page 13.  How is the Three-Stripe Mark used here?

2    A.   Sure.  These are basketball shoes from the '80s.  You can

3    see the three stripes running down the side of the outside of

4    all one, two, three, four, five pairs of basketball shoes, and

5    also see three stripes in the logo on the tongue on a number of

6    the shoes.

7    Q.   Over to page 56.  Identify this for us and how the

8    Three-Stripe Mark is used.

9    A.   Sure.  This a catalog from 1984.  You can see three stripes

10   being used on the T-shirt running horizontally across the

11   chest.  You can also see it wrapping around both sleeves.  It's

12   also in the logo in the center of the chest.

13   Q.   If we go over to page 89.  What do we have here?

14   A.   These are kids shoes from the catalog.  You can see three

15   stripes running down the outside of all of the shoes showcased.

16   You can see the use of different colors of the three stripes,

17   including the left where you have white, red, white.  And you

18   will also note the three stripes running across the logo used

19   on the tongue of all shoes.

20   Q.   I notice that the language on page 89 is in German.

21        Does that mean that these were only sold in Germany

22   during that time?

23   A.   No.  As we mentioned before, we are the local subsidiary of

24   a larger organization based in Germany, and often look at

25   catalogs from Germany.

1   Q.  Page 155.  What do we have here and how is the Three-Stripe

2   Mark used?

3   A.  This is a catalog from 1986.  You can see on the football

4   jersey above the 77, you'll see the three stripes being

5   utilized in the logo.  On the left sleeve, also see three

6   stripes on the blue, red, blue pattern wrapping around the

7   sleeve, and see three stripes in the logo on the left sleeve

8   as well.

9   Q.  Go to page one 71.  This reads Sports and Activewear '81.

10          What is sports and activewear in this context?

11  A.  Sure.  As I mentioned before, our organized by category.

12  This would be the sports and activewear category.  Soccer

13  training, football catalog from 1981.  You'll note the three

14  stripes on this one being used on the large Trefoil logo.  The

15  leaves of the Trefoil being different colors, red, yellow,

16  black, running across that logo.

17  Q.  Go to page 174.  Identify these products and how the

18  Three-Stripe Mark is being used.

19  A.  Sure.  You can see the track jacket on the left with the

20  three stripes running down the length of the sleeve.  Three

21  stripes on the footwear as well.  Three stripes on the child on

22  the right running down the sleeve.  There are three stripes in

23  the logo on the shirt on the right.  And you'll note there is

24  three stripes in the logo on the jeans.

25  Q.  Page 178, please.  Just identify this catalog for us.

1    A.   Sure.  This is adidas women's product catalog from fall of

2    1989.

3    Q.   Go to the next page within that catalog.

4            Identify the products here and where the Three-Stripe

5    Mark appears.

6    A.   Sure.  These are products for cross training.  You'll see

7    on the tank top on the top, you have three stripes running

8    horizontally around the chest.  You'll see on the short, three

9    stripes running across the side of the thigh.  And then on the

10   three quarter tight, you'll see them running horizontally

11   across the knee area.  And then on the tight on the lower

12   right, you'll see them calf range running horizontally across

13   the side.

14           THE COURT:  Counsel, we're going to give the jury

15   their lunch break at one o'clock.  Find an appropriate stop.

16           MR. HENN:  This is appropriate time as any.

17           THE COURT:  Very good.

18           Ladies and gentlemen, we'll give you your lunch break

19   now.

20           Please be back in the jury room by two o'clock, and

21   we'll reconvene then.  Have a good lunch.

22           (Continued on next page)

23

24

25

1          (Jury not present)

2          THE COURT:  Anything anyone needs to raise with the

3     court?

4          MR. HENN:  No, your Honor.  Just what time would you

5     like us back?

6          THE COURT:  Well, unless we have something to discuss,

7     two o'clock.  If you're going to read into the record a whole

8     bunch of exhibits, I don't know if you wanted to do that now or

9     after lunch or you wanted to do it this evening.

10          MR. HENN:  We'll just go as we've been going, I think,

11     for today and try to streamline tomorrow.

12          THE COURT:  That's fine.

13          Very good.  See you at two o'clock.

14          By the way, I have to say, I thought both opening

15     statements were excellent.  Really looking forward to this

16     case.  Obviously, very good lawyers involved, and I can say

17     that with total objectivity because I know I own nothing by

18     either adidas nor Thom Browne.

19          MR. MALDONADO:  Thank you, your Honor.

20          THE COURT:  Thanks a lot.

21          (Luncheon recess)

22

23

24

25

N13Qadi4

| | |
|---|---|
| 1 | AFTERNOON SESSION |
| 2 | 2:00 p.m. |
| 3 | (Jury not present) |
| 4 | THE COURT:  There was something counsel wanted to |
| 5 | raise? |
| 6 | MR. HENN:  Yes, your Honor.  During the break, I |
| 7 | conferred with opposing counsel, and we can go ahead and agree |
| 8 | to a number of Mr. Murphy's exhibits in advance. |
| 9 | THE COURT:  Read the numbers. |
| 10 | MR. HENN:  It's Exhibits 5 through 37, 39 through 42, |
| 11 | 43 through 49, 51 through 56, 72, 73, 76 and 381. |
| 12 | THE COURT:  Okay, received. |
| 13 | (Plaintiff's Exhibits 5 through 37, 39 through 42, 43 |
| 14 | through 49, 51 through 56, 72, 73, 76 and 381 received in |
| 15 | evidence) |
| 16 | THE COURT:  Bring in the jury. |
| 17 | MR. HENN:  One other issue. |
| 18 | THE COURT:  Yes. |
| 19 | MR. HENN:  The rule of sequestration typically applies |
| 20 | to fact witnesses. |
| 21 | THE COURT:  I'm sorry? |
| 22 | MR. HENN:  The rule of sequestration of witnesses |
| 23 | typically applies to fact witnesses.  We have an expert |
| 24 | witness -- |
| 25 | THE COURT:  No, it applies to everyone. |

1          MR. HENN:  Fair.  All right.

2          THE COURT:  And while we're on that subject, the

3     Federal Rules of Civil Procedure were amended some years ago so

4     that an expert can only testify as to what's in his or her

5     report, and that is strictly enforced in my court.  Therefore,

6     there is no reason for the expert to be here in addition to

7     being improper in my view for other reasons.  All right?

8          MR. HENN:  Fair enough.

9          (Jury present)

10    CHRISTOPHER GORDON MURPHY, resumed.

11    DIRECT EXAMINATION CONTINUED

12    BY MR. HENN:

13    Q.  Mr. Murphy --

14         THE COURT:  I'm sorry, to speed things along, counsel

15    agree that certain exhibits will be automatically received,

16    counsel for both sides.  So if you don't hear us going through

17    the "Any objection/received" language, it's because it's

18    already been done for your benefit.  Go ahead.

19         MR. HENN:  Thank you, your Honor.

20    Q.  Before the lunch break, Mr. Murphy, we were just wrapping

21    up the collection from the 1980s.  I want to pull up Exhibit 5

22    and have you identify Exhibit 5 for us.

23    A.  Sure.  This is a catalog from spring 1990.  It's the adidas

24    boys catalog.

25    Q.  The cover page, of course, is the catalog from spring of

1   1990, but can you just explain what's contained in Exhibit 5 as

2   a whole?

3   A.   Sure.  It's a collection of catalogs ranging from the 1990s

4   and beyond.

5   Q.   If we look over at page 12, can you identify what we have

6   on this page and how the Three-Stripe Mark is being used?

7   A.   Sure.  This is a selection of kids soccer shoes and balls.

8   You can see on all of the shoes the three stripes running down

9   the side of the shoes.  That's on both the cleated ones, as

10  well as the non-cleated shoes.  You also see the three stripes

11  included.  Then the logo on the balls, as well as the logos on

12  the tongues.

13  Q.   Go over to page 33.  Can you identify this catalog for us?

14  A.   Yes.  This is our running catalog from fall/winter 1993.

15  Q.   This catalog specifies running.  What products would be

16  contained in that catalog?

17  A.   Typically products for both apparel and footwear

18  specifically for running.

19  Q.   If we go over to page 49.  This one says equipment.  What

20  is contained in the equipment catalog?

21  A.   In the equipment catalog, usually it's training apparel for

22  both running or the gym typically.

23  Q.   With regard to the products that are depicted on page 49,

24  can you identify how the Three-Stripe Mark is being used there?

25  A.   Sure.  You can see within the tank top the three stripes

1    running down the side of the tank top, then onto the shorts

2    where it sweeps down to the back of the short.

3             On the footwear, you can see the three stripes being

4    used both on the upper part of the shoe as well as on the

5    bottom part, which is called the outsole.

6    Q.  Go to page 82.  Can you identify this catalog for us?

7    A.  Yes.  This is a 1997 track and field catalog.

8    Q.  What was contained in the track and field catalog?

9    A.  Sure.  So we sponsor, obviously, quite a few universities',

10   high schools' track programs, and we create product for all of

11   them.  This is a catalog that would contain product for those

12   purposes.

13   Q.  With regard to the product that is depicted on this page,

14   can you identify where the Three-Stripe Mark appears?

15   A.  Yes.  You can see it on the shoulders of the tank top, as

16   well as on the front of the shorts in a kind of a wavy pattern.

17   Q.  Go to page 92.  Would you identify this catalog, please?

18   A.  This is a catalog from 1999.  It's our soccer catalog.

19   Q.  What is contained in the adidas's soccer catalogs?

20   A.  Typically product utilized for the sport of soccer.

21   Q.  With regard to the products depicted on the cover of this

22   soccer catalog, can you identify the uses of the Three-Stripe

23   Mark?

24   A.  Sure.  In the upper left-hand corner on the jersey, you'll

25   see the three stripes wrapping around the sleeve of the jersey.

1    You'll see the three stripes running down the side of the

2    short.  There are three stripes on the top of the socks, and

3    three stripes on the footwear being featured.

4           On the right-hand side, you'll see three stripes being

5    utilized on the soccer short wrapping around the shorts.

6    You'll also see three stripes on the socks as well as on the

7    footwear there as well.

8           Additionally, in the lower right corner, you'll see

9    three stripes running across horizontally the chest of the

10   jersey.  You'll also see three stripes running down the length

11   of the short, three stripes at the top of the socks, and three

12   stripes on the footwear as well.

13   Q.  Go over to page 104, please.  What do we have here?

14   A.  Sure.  These are a collection of low-top basketball -- not

15   low top.  There are high tops in there too.  Of the pro model

16   basketball shoes.  On the top, you'll see three stripes running

17   down the side of the shoe.  You'll see in the middle section,

18   you'll see the black maroon and black striping.  There's also

19   three stripes on the logo on the tongue of the shoe.

20   Q.  If go over to page 135, can you identify the products in

21   this catalog?

22   A.  Yes.  These are products for cross training, so that would

23   be running or in the gym as we talked about before.  You can

24   see the tops, featured on the top of the page there's three

25   stripes running horizontally around the ribs.

1          As you move down the page, in the short, you see the

2     three stripes running horizontally at the thigh level.

3          With the three-quarter type, you'll see the three

4     stripes running across at the knee level.

5          And then with the tight, the lower left, you'll see

6     three stripes running horizontally at the calf level.

7          Then you have the triathlon suit where you can see the

8     three stripes running across the short.

9     Q.  Go to page 140.  Can you identify the product and the

10    Three-Stripe Mark on these products?

11    A.  Yes.  These are warmups or track suits.  You can see the

12    three stripes being utilized on the top running across and down

13    the shoulder.  And on the pants you will see lower on the leg

14    around the calf level running down the leg.

15    Q.  Can we go over to page 142.  If you will identify the

16    products on the right-hand side and where the Three-Stripe Mark

17    appears?

18    A.  Sure.  These are track suits as well typically for soccer.

19    You'll see on the right-hand side, the tops have three stripes

20    across the shoulders, and then you'll also see three stripes

21    running down the side of the leg horizontally at the thigh

22    level.

23    Q.  Go over to page 144, please.  Will you identify these

24    products and point out the Three-Stripe Mark?

25    A.  Sure.  These are more warmups and track suits.  You'll see

1    the variety of three stripes being utilized.

2            Upper right-hand side, you can see three stripes

3    running across the front of the sweatshirt.  If you move lower

4    right, similar pattern with the three stripes running across

5    the chest.

6            Lower left, you'll see three stripes in a number of

7    areas:  Middle of the arm on the top, as well as middle of the

8    chest.

9            And then the pants, you'll see three stripes running

10   sideways at about thigh level.

11   Q.  Go to 146, please.  What do we have here?

12   A.  These are shell pants -- pardon me -- shell jacket and

13   lined pants.  You'll see three stripes running down the sleeve

14   of the jacket and running down the side or the pant leg of the

15   pants.

16   Q.  Go to 150, please.  How is the Three-Stripe Mark used on

17   these products?

18   A.  These are sport products, so you have a hockey jersey on

19   the top.  You can see the three stripes running around the

20   sleeve, as well as running around the waist of the jersey, also

21   rugby jerseys, you see three stripes running around the arm of

22   the rugby jersey.

23   Q.  Go over to page 165.  What do we have on this page?

24   A.  We used to sponsor the Yankees for quite a long time.

25   These are products we create for the team.  At the top, you see

1    three stripes running down the length of the front of the

2    jacket with the Yankees logo in the middle.

3             In the middle, you'll see three stripes running down

4    the length of the sleeve on the jacket.

5             At the bottom, you'll see three stripes running down

6    from the neck to the mid-back on the back of the shirt.

7    Q.  Page 172, please.  Identify these products and where the

8    Three-Stripe Mark appears.

9    A.  Sure.  These are running products.  The tank top, you see

10   three stripes running sideways around the ribs.

11            You'll see the split-leg short in the middle, the

12   three stripes running down on both sides of the short from top

13   to bottom on the front.

14            And then the baggy short on the bottom, you'll see

15   three stripes running across the side of the short on both

16   sides.

17   Q.  And then the last page from this exhibit, page 176.  Can

18   you identify the products and the use of the Three-Stripe Mark,

19   please?

20   A.  Sure.  This is a jacket and pant combination.  You'll see

21   on the jackets, you have three stripes running around just one

22   of the sleeves, the left sleeve.

23            On the pant on the bottom, you'll see three stripes

24   running across just the right leg -- the left leg, pardon me,

25   that's the back, so just the left leg.

1    Q.  We can take Exhibit 5 down.

2          Moving from the Nineties now into the 2000s, if we can

3    pull up Exhibit 6, what is contained in this collection marked

4    as Exhibit 6?

5    A.  This would be a collection of catalogs from the 2000s.

6    Q.  Same exercise, Mr. Murphy.  Starting with the cover here,

7    where is the Three-Stripe Mark on the products?

8    A.  Sure.  This is a showcasing soccer product.  You can see

9    the three stripes running down the sleeve of the soccer jersey.

10          You can see three stripes at the top of the sock.

11          You can also see three stripes in two spots on the

12   footwear, both on the side of the footwear or the top or the

13   tongue of the footwear.

14   Q.  Go over to page 5.  What is depicted in this catalog page?

15   A.  Sure.  These are velour suits.  You can see three stripes

16   running down the sleeve of the tops and running down the side

17   of the pants on the bottom.

18   Q.  Page 6.  How is the Three-Stripe Mark used on these

19   products?

20   A.  Sure.  These are shorts and pants.  You can see the three

21   stripes on both sides of the pants -- pardon me -- both sides

22   of the short running sideways.  And similarly with the pants,

23   you see the three stripes running horizontally at about calf

24   level.

25   Q.  Go over to page 13.  Identify these products and the

1    Three-Stripe Mark, please.

2    A.   Sure.  These are fleece hoodies and fleece pants.  On the

3    hoodies, you can see three stripes running down the length of

4    the sleeve on both arms.  And on the pants, you see three

5    stripes running down the length of the pants both legs.

6    Q.   Page 16, how is the Three-Stripe Mark used on the jackets

7    at the top?

8    A.   Sure.  This is a lined jacket and a lined pant.  On the

9    jacket, you can see the three stripes being used to wrap around

10   the shoulder area on the tops.  And you see the three stripes

11   on the pants running down three-quarters on the side of each

12   pant.

13   Q.   Go over to page 18.  The product just at the top, what is

14   that product?

15   A.   That's a rain jacket.

16   Q.   And the Three-Stripe Mark appears where?

17   A.   It is running down the sleeve of the top on both arms.

18   Q.   With regard to the product at the bottom identified as a

19   brushed long tight.  What is that?

20   A.   A brushed long tight is a textured tight, so it's soft,

21   utilized for working out in the gym or running.  It has three

22   stripes running down the side of the both sides.

23   Q.   Go over to page 24, please.  Can you identify the products

24   on this page and where we see the Three-Stripe Mark?

25   A.   Yes.  These are basketball products.  The basketball

1    products on top, you can see the three stripes running on the

2    side of the shoes.

3         On the lower products, similarly, you can see the

4    stripes running along the side of the shoe.  In this case, we

5    have tonals.  You have white on white.  We also have different

6    colored stripes here with blue-red-blue, yellow-red-yellow, and

7    orange-green-orange stripes.

8    Q.  Go to page 44, please.  Will you identify the products we

9    have on page 44 and also point out the Three-Stripe Mark,

10   please?

11   A.  Sure.  These are track tights and shorts -- pardon me --

12   track shorts and pants used for running track and field.

13        On the shorts, you can see the three stripes running

14   horizontally on the side of the shorts.

15        On the pants, you have the three stripes running

16   horizontally as well as about thigh level.

17   Q.  Go over to page 47, please.  Can you identify this catalog

18   for us?

19   A.  Sure.  This is our quarter one 2007 sport training catalog.

20   Training would be, again, for gym or Yoga, things like that.

21   Q.  With regard to the jacket that the woman on the cover is

22   wearing, can you identify the Three-Stripe Mark for us?

23   A.  Yes.  The three stripes are running horizontally across the

24   side of the sleeve.

25   Q.  Go over to page 48.  Can you identify the product in the

1    top row and where the Three-Stripe Mark appears?

2    A.   Sure.   These are basketball pants and basketball shorts.

3    You can see with the pants, the stripes are quite a bit wider

4    than we've seen previously.   They're running down the length of

5    the pants.

6          With the shorts, you can see the three stripes running

7    down the side of each side of the shorts.

8    Q.   Go over to page 61.   What are these products?

9    A.   So these are training for sport so these are, again,

10   training products for the gym or any general sport activity for

11   girls from our catalog from -- it's page 95.   Pardon me.

12         If you look at the three stripes in the middle

13   section, the leggings, you can see the three stripes running

14   horizontally around the left leg.

15         And with the capri on the bottom, similarly the three

16   stripes running around the left leg.

17   Q.   Go to page 62.   Will you identify this catalog for us?

18   A.   Yes.   We're a sponsor of the MLS, Major League Soccer.   We

19   create product for all of the teams.   This would be a catalog

20   that features that product.

21   Q.   Look at the next page, and just identify the team, the

22   product, and the Three-Stripe Mark?

23   A.   Sure.   This is a product for the Colorado Rapids team.   You

24   can see three stripes on both jerseys running about

25   three-quarters of the way down the sleeve, mostly on the

1    shoulder.

2         And on the pants, you can see the three stripes

3    running down the side of each leg of the shorts.

4    Q.  Go over to page 80.  Can you identify this catalog for us?

5    A.  Sure.  This is a running specialty catalog from fall/winter

6    2011.  Running specialty would be for accounts that we work

7    with that are really geared toward very performance-based

8    running, like a Runners World kind of store.

9    Q.  Go over to page 82 in this catalog.  Can you identify the

10   products?

11        Nita, if you will blow up the long tight picture at

12   the top.  They are kind of hard to see.

13   A.  So this is a running tight.  You can see the three stripes

14   running down each leg at the calf level.

15   Q.  Can we go over to page 90.  Can you identify this catalog

16   for us?

17   A.  Sure.  This is the spring/summer 2012 adidas soccer catalog

18   featuring products specifically for soccer.

19   Q.  Who is the athlete depicted on the cover?

20   A.  That's Lionel Messi.  We have had a long-term partnership

21   with Lionel Messi and the Argentina football club.

22   Q.  Can you identify the use of the Three-Stripe Mark on his

23   uniform there for us?

24   A.  Sure.  On the Argentina jersey, you can see the three

25   stripes running about three-quarters of the way down the

1     sleeve.

2              You can see three stripes on the side of the pant

3     legs.

4              You can also see three stripes on the top of the

5     socks.

6              Additionally, for the footwear feature, the Adizero

7     F50, there you can see three stripes running horizontally

8     across the side of the shoe.

9     Q.  Go over to page 97.  Identify these products and the

10    Three-Stripe Mark, please.

11    A.  Sure these are warmup tops and pants.  On the tops, you can

12    see the three stripes running horizontally across the chest and

13    wrapping around the side of the shoulder.

14             On the pants, you can see the three stripes running

15    down the length of the pant and on each side.

16    Q.  Page 117, please.  This is called a field catalog.  What

17    would be contained in a field catalog?

18    A.  Field catalog would be for -- so we have accounts that we

19    work with that are smaller.  This would be product we created

20    for them specifically.

21    Q.  If we go to page 119.  Nita, if you could maybe blow up the

22    shorts from the top row.

23             Mr. Murphy, can you identify those products for us and

24    identify the Three-Stripe Mark, please.

25    A.  Sure.  These are basketball shorts.  You can see the three

1    stripes running all around the right leg of the short

2    horizontally.

3    Q.  And then, Nita, if you will blow up the shorts at the

4    bottom of that same page.

5         Same question, Mr. Murphy.  Will you identify the

6    product and the use of Three-Stripe Mark?

7    A.  Sure.  These are also basketball shorts.  You can see the

8    three stripes running around mostly the back of the short on

9    each leg horizontally.

10   Q.  Go to page 129.  What products are on this page?

11   A.  These are women's running products, shorts and tops.

12   Q.  With regard to the shorts, where is the Three-Stripe Mark?

13   A.  You can see the three stripes on both legs running from

14   mostly around the back of each leg.

15        On the jacket, you can see the three stripes running

16   around each sleeve both right and left.

17   Q.  Go to page 151.  This references tennis specialty.  What is

18   tennis specialty?

19   A.  This would be product created for specifically accounts in

20   tennis, accounts like Tennis Warehouse, those retailers that

21   just sell tennis product.

22   Q.  If you go to the next page.  Will you identify the shoes

23   depicted on page 152?

24   A.  Sure.  This is our popular Ubersonic tennis shoe.  You can

25   see the three stripes in two spots running across the shoe in a

1   blue-red-blue coloring, and then you can look at the bottom,

2   and you see the three stripes included in the adidas logo as

3   well.

4   Q.  Nita, you can take that exhibit down.  Thank you.

5          Mr. Murphy, we've talked a lot in these exhibits about

6   the Three-Stripe Mark.  How do you define the Three-Stripe

7   Mark?

8   A.  Three parallel stripes is how I define it.

9   Q.  Does it matter how big they are or small they are to be the

10  Three-Stripe Mark?

11  A.  Nope.  As we've just gone through all those products you've

12  seen there, they show up in a variety of widths, a variety of

13  colors and a variety of placements.

14  Q.  Is the horizontal use of three stripes different from the

15  vertical use of the three-Stripe?

16  A.  It's not.  We're the brand with Three Stripes.

17  Q.  Just to be clear, how many Three-Stripe Marks does adidas

18  own?

19  A.  Only one.

20  Q.  In addition to the Three-Stripe Mark, in a couple of the

21  examples we looked at, you mentioned the stripes showing up in

22  a logo form.  I'd like to talk about those now.  If we could

23  pull up Exhibit 7.  What is this?

24  A.  This is the logo we use to identify our Lifestyle product.

25  It's called the trefoil.  You see it has three leaves.  It has

1    three stripes running horizontally across the logo.

2    Q.  Has it always been used just for Lifestyle product?

3    A.  No, it's our Original logo.  We used it a long time ago.

4    Some of the early catalogs you saw, Seventies in particular, it

5    was used on all products and/or Lifestyle.

6    Q.  You've mentioned Lifestyle several times.  What is the

7    Lifestyle division in adidas called?

8    A.  It is called Originals.

9    Q.  Can you pull up Exhibit 8, Nita.

10           In this compilation, Mr. Murphy, can you identify what

11   we have in exhibit 8?

12   A.  Sure.  It's a collection of catalogs focused on the

13   Originals product division.

14   Q.  As we look at the cover of this catalog on the first page

15   of Exhibit 8, can you identify the Three-Stripe Mark for us?

16   A.  Sure.  As I just noted, it shows up in the logo, so you can

17   see it running horizontally within the Originals logo.  You can

18   also see it running across the page as well.

19   Q.  Go over to page 5.  What are these products?

20   A.  These are our pro model and our Superstar, both iconic

21   shoes.  You can see the three stripes running across the shoes

22   both on the top and the bottom, as well as in the logo on the

23   tongue.

24   Q.  The title of this is men's basketball, but I think you side

25   these were Originals Lifestyle product.  Can you explain?

1    A.  Sure.  Because, like I said, the logo was used originally,

2    the way we work with our teams to create Originals products or

3    Lifestyle products, we often look back into our heritage, so we

4    created a lot of great shoes for basketball like the Superstar.

5    Many people don't know that the Superstar was originally an

6    on-court basketball shoe.  It has become more of a Lifestyle

7    shoe over time.  Although we call it a basketball shoe, it is

8    worn for street and street culture.

9    Q.  Go to page 225.  Can you just identify this cover or this

10   catalog for us?

11   A.  Sure.  This is a quarter one 2005 Originals footwear

12   catalog.

13   Q.  If we go to page 27, can you identify the products on this

14   page?

15   A.  Sure.  These are old tennis products.  So products that

16   were built for players back in the Seventies and Eighties.  So

17   Nastase and Rod Laver were both famous tennis players.  At one

18   point these shoes were used on court by those players.  They're

19   now worn for style.  You can see the three stripes running

20   across the side of the shoe on the top, noting that the

21   blue-red-blue pattern in the middle and green-black-green

22   pattern on the right of the Nastase's on top.

23   Q.  Go to page 53.  Can you identify this catalog for us?

24   A.  Sure.  It's the quarter one 2009 adidas Originals men's

25   catalog.

1  Q.  Go to page 54, the next page.  Would you identify the

2  products on this page?

3  A.  Sure.  These are Firebird Track top and pants, one of our

4  more popular track suit combos.  You can see the three stripes

5  running down the side of both arms of the track top and both

6  legs of the pant.  And as I noted before, the oversized logo

7  that you see on both top of the top and the pant also contains

8  the three stripes.

9  Q.  When adidas does the trefoil oversized, is that a different

10  trefoil than the smaller trefoil, or is it all one?

11  A.  It's the same, same logo.

12  Q.  Let's go to page 108.  Can you identify these products for

13  us?

14  A.  Sure.  These are our everyday shorts.  You can see the

15  three stripes running down the side of the short, as well as

16  the trefoil logo is there, so it's on the trefoil logo as well.

17  Q.  The next page 109, what did we have here?

18  A.  This is also a picture of the Superstar.  This is three

19  stripes showing across the side of the shoe as before, noting

20  that the colors are the black-red-black on the top shoe.  You

21  also have gray-yellow-gray, black-blue-black and then you also

22  show some of the tonal colors here where you see the three

23  stripes going the black stripes on the black shoe and you also

24  have the white stripes on the white shoe.

25  Q.  Go to page 150.  This references core apparel footwear and

1   accessories.  What does that mean?

2   A.  Those are the most core products, the products that show up

3   season after season over and over again, our most popular

4   products typically.  For apparel, footwear and accessories for

5   quarter three 2016.

6   Q.  What is the shoe that is depicted on the cover of this

7   catalog?

8   A.  That's the Campus, one of our more popular shoes.

9   Q.  Go over to page 151, the next page.  Can you identify these

10  products?

11  A.  Sure.  These are a full zip hoodie Originals.

12  Q.  How does the Three-Stripe Mark applied to the full zip

13  hoodies we see here?

14  A.  Sure.  You can see on the sleeves, they wrap around the

15  sleeve at about the cuff level, and you can also see the three

16  stripes wrapping around the back of the product at the waist

17  level.

18  Q.  Then the last page for this exhibit, we will go to page

19  190.  We looked at an adult Superstar.  Can you just identify

20  what is on this page?

21  A.  These are kids Superstars.  Superstar is a very popular

22  shoes so we make them for men, women, kids.

23  Q.  Take that exhibit down.  Thank you.

24          In addition to the trefoil, you mentioned the other

25  logo.  What do you call that?

1   A.  Badge of sport or the sport performance logo.

2   Q.  Within the company, what does the badge of sport logo

3   signify?

4   A.  It's connected to all the products that would be used for

5   sport specifically.

6   Q.  And is that different from Lifestyle products?

7   A.  It is.  So Lifestyle is intended not for being used on the

8   court pitch for a field, whereas the badge of sport and

9   products associated with it are typically utilized in things

10  like football, soccer, running, training at the gym.

11  Q.  I want to next pull up demonstrative exhibit, Demonstrative

12  1, Nita.

13          Can you just explain to the jury how the badge of

14  sport was originally created?

15  A.  Sure.  Everything we do is about three stripes.  So the

16  badge of sport was created by taking three stripes vertically,

17  shifting them 30 degrees.  Big surprise we use three for that.

18  Shifting them 30 degrees, cutting them off and creating the new

19  badge of sport logo.

20  Q.  You can take that down.  Thanks, Nita.

21          Let's pull up Exhibit 10.  It's another collection of

22  catalogs here.  Can you identify what is contained in Exhibit

23  150

24  A.  Sure.  It's a collection of catalogs focused on our sport

25  performance products or badge of sport products.

1   Q.  If we look at the products on the first page, can you point

2   out the Three-Stripe Mark for us?

3   A.  Sure.  You can see the three stripes running down the side

4   of the tank top, as well as down the side of the shorts.

5   Q.  If go over to page 2, would you identify the products on

6   this page and point out the Three-Stripe Mark?

7   A.  Sure.  These are running products, our Adistar products.

8   You can see the three stripes running down the front of the

9   short on both legs, as well as on the jacket running down the

10  full length of the sleeve on both arms.

11  Q.  If go over to page 52, can you blow up maybe the bottom row

12  images, please.  Thank you.

13          Mr. Murphy, will you just identify these products and

14  point out the way the Three-Stripe Mark is used?

15  A.  Sure.  These are women's running tees, T-shirts.  You can

16  see the three stripes on the sleeve of the shirts on both arms.

17  Q.  Go to page 57.  Maybe grab the ones at the top there.

18  Thank you.

19          Mr. Murphy, will you identify these and point out the

20  Three-Stripe Mark, please?

21  A.  Sure.  These are our tees as well, T-shirts as well.  Three

22  stripes running on the shoulder of both shoulders, as well as

23  within the larger sport performance or badge of support logo.

24  Q.  Thanks.  You can take that down, Nita.  If you'll pull up

25  Demonstrative 2.

1          Mr. Murphy, we talked about the creation of badge of

2      sport.  Can you back up in time and talk about how the

3      Three-Stripe Mark itself came to be?

4      A.   Sure.  On the exhibit, you can see a picture of our

5      founder.  That's Adi Dassler.  I don't know if a lot of folks

6      know this.  A lot of people don't know that our name, adidas or

7      adidas comes from his name.  A lot of people think adidas, all

8      day I dream about soccer or all day I dream about sports.

9      That's not the case.  It comes from his name, his first and

10     last name being combined together.  He was a cobbler in

11     Germany, a small town called Herzogenaurach, or just Herzo for

12     short.  But he was a cobbler.  He created shoes.  He was very

13     interested in creating shoes for sport and working to make

14     athletes better through technology or advancements in footwear.

15         In the picture, you can actually see screw-in cleats

16     for soccer.  He's one of the first people to create screw-in

17     cleats for soccer, noting that sometimes soccer fields are

18     hard, sometimes they're soft, sometimes they're wet, and you

19     need different sized cleats depending on that.  He was the

20     first person to create soccer cleats like this.

21         As he started to work with more teams like the German

22     National Soccer Team or with athletes like the well-known

23     runner Jesse Owens, he wanted people to know that he was the

24     one creating those shoes.  The way to do that was by putting

25     stripes on the side of the shoes so that everyone would know

1    that the person performing at their best in this innovative new

2    shoe was created by Adi Dassler.

3    Q.  Shifting gears slightly, Mr. Murphy, how does adidas and

4    your team specifically go about advertising and promoting the

5    Three-Stripe Mark?

6    A.  Sure.  As I mentioned before, that's literally my job, my

7    team's job all day every day.  And we use a number of methods

8    to do that.  We use traditional marketing efforts.  So, like I

9    said, the things you see on television, the advertisements you

10   see on TV, through social media, you'll see our brand and our

11   products show up on social media.  You'll see athletes, like we

12   showed earlier Lionel Messi wearing our shoes and our jerseys.

13   You'll see influencers or artists like a Beyonce wearing our

14   product regularly.  We do a lot of work at retail.  So if you

15   walk around New York City and you look at a Foot Locker or

16   Champs or you're on Fifth Avenue and you walk past our store,

17   we market our products and our brand in the three stripes in

18   all those environments as well.

19          We do lot of product placement.  So we send product to

20   people, some who are famous, some who are not famous, get them

21   to wear our shoes as well.  So a variety of ways that we get

22   involved in marketing our brand and the three stripes.

23   Q.  Approximately how much does the company spend on that

24   advertising and marketing promotion of the Three-Stripe Mark?

25   A.  Sure.  It's obviously grown over the years as we have

1    grown.  If you think about the most recent few years, we are

2    spending between 4 and a little over $500 million a year in

3    marketing adidas.

4    Q.  Has that been consistent over the last decade, say?

5    A.  For the most part.  We probably, you know, I think about

6    2010 to 2017, probably in the 200 to 350 range.  And then

7    growing over the past five years to get closer to 500 million.

8    Q.  I want to pull up Exhibit 72.  Nita, if you could scroll to

9    the left on this Excel spreadsheet for us.

10        Mr. Murphy, can you tell us what's contained in

11   Plaintiff's Exhibit 72?

12   A.  Sure.  This is exactly what you said; it's a finance

13   exhibit.  It's a spreadsheet managed by our finance team that

14   looks at our yearly spend on marketing, marketing of the brand

15   and the three stripes in our product.

16   Q.  At the very top, it says total MWB, what does that refer

17   to?

18   A.  Sure.  MWB stands for marketing working budget.  That's the

19   budget that my teams have to market the brand every year.

20   Q.  Then there are three main categories:  Brand assets, brand

21   communications and sales support.  Can you tell the jury what

22   each of those categories is?

23   A.  Sure.  As you asked, how do we go about marketing the

24   brand?  If you see brand assets, that includes -- when I talked

25   about sports marketing, so the money we spend on someone like

1    Lionel Messi or Derek Rose or James Harden, that's called

2    sports marketing.

3            Or on entertainment, influencer marketing contracts,

4    that's would be Beyonce or some of the other influencers we

5    work with.

6            You also brand communications.  That would be some of

7    the traditional things I talked about:  TV advertisements,

8    social media, digital advertising.

9            And sales support at the bottom is typically for

10   retail marketing, so what you see at the retail doors I talked

11   about before:  Finish Line, Foot Locker or our store on Fifth

12   Avenue here.

13   Q.  I see the data begins in 2010.  Nita, if you will scroll

14   out to the right, a little farther.

15           This goes through 2019, correct?

16   A.  Correct.

17   Q.  And the numbers here seem to be in the thousands, but you

18   were talking about millions.  Can you explain?

19   A.  Sure.  Just basically when it's in the thousands, we add

20   three zeros.  It's a financial accounting piece they do.  This

21   is a million.  So 2018, 503 million.  2019, 523.5 million.

22   Q.  Got it.  Okay.

23           Let's take this one down and put up Exhibit 73.

24           Mr. Murphy, will you just tell us what's different

25   about Exhibit 73?

1    A.   So this is comparable.  This goes a little bit further out.

2    It goes into 2020 and 2021.

3    Q.   Similar to the others, these numbers are actually in

4    thousands.  So if it says 399,502, that's $399,502,000?

5    A.   That's correct.

6    Q.   The categories are the same with regard to Exhibit 73?

7    A.   They are the same:  Brand assets, brand communications and

8    sales support.

9    Q.   There are a couple of years where the numbers and exhibits

10   72 and 73 are slightly different from each other.  In case

11   someone is really focused on that in the jury, can you explain

12   why they might be different between 72 and 73?

13   A.   Sure.  There's what we plan for and then some things

14   change.  Best example Aaron Judge hits a lot of home runs in a

15   year.  When some of our sports marketing partners do really

16   well, we have things in their contract for them to make more

17   money.  So Aaron Judge wins MVP, and goes on to win the World

18   Series, we obviously give them more money.

19            THE COURT:  I thought the only reason Aaron Judge hits

20   so many home runs was because he was a judge.

21   Q.   And why would that fact make one of these charts different

22   from the other chart?

23   A.   Because when we're budgeting for one year, we budget a

24   certain amount, and then things like that happen, and we have

25   to basically pay over and above into the next year in some

1  cases.

2  Q.  Got it.  Okay.

3        Now that we've looked at the numbers, let's talk about

4  the categories that you've mentioned in terms of how adidas

5  advertises the Three-Stripe Mark.  I want to start with what

6  you call traditional advertising.  What's contained in

7  traditional advertising?

8  A.  Sure.  Traditional advertising is typically television

9  advertising, print advertising -- so magazines, newspapers --

10  and out of home or billboards.  The billboards you see in Times

11  Square is one example.  You would also consider radio would be

12  part of traditional advertising as well.

13  Q.  Let's start with television video advertising.  Describe

14  the scope of where that's distributed these days.

15  A.  Sure.  The majority of the television advertising we do is

16  live sports, so live NBA games on ESPN or Turner.  NFL games on

17  ESPN or Fox or ABC or NBC.  We do some cable.  So if you watch

18  Comedy Central, if you watch, like I said, Turner, TNT, TBS,

19  those are where we typically spend our money when it comes to

20  traditional TV advertising.

21  Q.  Back when you were first at the company 16, 17 years ago,

22  what was the scope of adidas's television advertising with

23  regard to Three-Stripe Mark.

24  A.  Less money but comparable places:  Live sports and cable

25  where we spent the majority of our money.

1   Q.  Let's talk a little bit about how you go about making sure

2   that Three-Stripe Mark shows up in television advertising.

3   A.   It's very specific.  It's very purposeful.  Being the brand

4   with Three Stripes and known for Three Stripes, it's very

5   important that our brand comes across in the ads that we put

6   out there.  So when we talk about with our directors or

7   producers or videographers, we make sure that they understand

8   how very important getting those Three Stripes seen is.  So

9   we're very purposeful in the guidance that we provide to the

10  teams that are capturing the ads for that.  Additionally, our

11  logo shows up and oftentimes in the beginning and the end of

12  our TV slots to make sure people now this is an adidas

13  advertisement.

14  Q.  I am now going to play in a minute a video that we have

15  marked as Exhibit 12.  We are going to turn the sound down, so

16  we don't hear all the sound in the ads.  But as we play the

17  Exhibit 12, if you will just point out to the jury how you went

18  about doing that, how you made sure the Three-Stripe Mark was

19  visible in these ads.

20          Nita, if you will play Exhibit 12.

21  A.   This is a golf ad featuring Sergio Garcia on the left.

22  You'll see the three stripes across the chest on the product,

23  and then obviously, a great shot of the shoes at the end.

24          Next is from one of our forever sport campaigns or

25  long sport campaigns, pardon me.  Lots of three stripes there.

1   Same here along the sport Olympic weight lifter.  Three Stripes

2   showing up across the singlet.  Very purposeful.  Very visible.

3   The logo at the end which contains the Three Stripes.

4           This is Originals footwear campaign.  Lots of three

5   stripes with the product.  Originals, the blue color is our

6   main color for Originals, so a lot of the blue color.

7           This is a billboard we did.  It's not really a

8   billboard.  It's a big blow-up shoe we put on top of a building

9   in Los Angeles.  Obviously, three stripes very prominent on the

10  form, which is the shoe being featured.

11          This is also our Forever Sport campaign.  Lots and

12  lots of three stripes on this campaign.

13          These are footwear ads.  that was Kevin Garnett for

14  his shoe.  We do ads in partnership with partners like Champs.

15  You'll see one with Foot Locker as well right here.  Three

16  stripes on the box, very purposeful.

17          This is for our new cushioning technology A3.  You'll

18  see the three stripes show up quite a bit there as well.

19  Another Foot Locker ad, three stripes on the shoe, three

20  stripes on the wristband, three stripes very prominent there as

21  well.

22          This is more cushioning, then more of the ad around

23  our cushioning new running ad.  You can see the three stripes

24  on all the shoes, very prominent on the outside.

25          Again, another cushioning ad for A3.

1          Another footwear ad featuring new technology

2    basketball shoes.

3          There's David Beckham.

4          Some more Originals ads.  Solid three stripes up

5    there.

6          Soccer ad.

7          Three stripes on the jerseys and the shorts.

8          Originals ad featuring Missy Elliott

9          This is advertising for the World Cup.

10         This is advertising for Tracy McGrady, a new

11   basketball shoe.  You see three stripes on the shorts.

12   Definitely on the shoe, the use of the three stripes on that.

13         Jersey and short together, that's T-Mac, Tracy

14   McGrady.

15         Women's World Cup advertising for our players and the

16   teams that we sponsor.

17         Training ad in partnership with one of our accounts,

18   lots of three stripes on the shoes and across the legs pants.

19         Another Foot Locker ad.

20         This is a soccer spot we did.  Lots of three stripes

21   for tops and pants and shoes for soccer ads.

22         This is an ad we did for new climate cool shoes and

23   top with Anna Kournikova.  Impossible is Nothing is our big

24   platform both back in early 2000s and a platform we use now.

25   Lots of three stripes showing up there as well.

1   Q.  Thank you, Mr. Murphy.

2            A couple more ads just to identify the same exercise

3   to show where the Three-Stripe Mark is used and how you went

4   about making sure it was visible.  We'll play Exhibit 18.

5   A.  This is an ad we did for Foot Locker around a new

6   technology that we built in partnership with Nassau.  You see

7   the kid floating obviously because of the Nassau connection.

8   Very purposeful with making sure that the product sold at Foot

9   Locker is showing up in the ad.  So the top with the three

10  stripes.  The Uber driver with three stripes on the sleeves.

11  Always important to showcase the shoe from the outside where

12  the three stripes are the most prominent.

13           You can see our brand shows up in all of our spots as

14  much as possible, three stripes as much as possible.

15           Again, done in partnership with Foot Locker.

16  Q.  The next is Exhibit 19, and it's long.  It's about three

17  minutes long.  I won't play the whole thing, but I will play

18  the first minute or so, so you can describe what this was as it

19  plays.

20  A.  Sure.  This is from a partnership we have with Jeremy Scott

21  who is a famous designer in partnership with some -- who is

22  launching a new shoe on our Forum platform, so Forum is a

23  popular shoe that we make.  He did some designs around that

24  shoe, and we created a series with him doing interviews with

25  other famous New Yorkers like Kid The Wiz in New York, so this

1  is that three minute film of Jeremy Scott talking about how he

2  helped discover Kid The Wiz and utilized them, and you'll see

3  his product, the Forum shows up repeatedly.

4         He also did some work with some track suits.  You can

5  see the track suit he's wearing with the three stripes running

6  down the length of the sleeve, and then Kid The Wiz also, him

7  and all the dancers in his troupe also wearing Three-Stripe

8  track suits with three stripes down the sleeve and the pant

9  leg.

10 Q.  At this point you can stop the video.

11         With regard to that kind of video three minutes long,

12 that's not going on a TV spot during football games.  How do

13 you distribute that?

14 A.  That's more digitally done.  So a number of the ads you

15 saw, some are definitely for television.  Quite a few are for

16 TV.  The longer ones like that that is too long for TV -- TV

17 spots are typically between 30 and 60 seconds.  At three

18 minutes, that's much better utilized for You Tube, social

19 media, places like Facebook, Twitter and Instagram.

20 Q.  Let's pull up and play Exhibit 20.  If you will do the same

21 thing, identify for us how you went about ensuring the Three

22 Stripe Mark appears.  And tell us what the ad was.

23 A.  Sure.  This is an ad we did around inclusivity, especially

24 keeping girls in sport.  So girls drop out of sport at a much

25 faster rate than boys, so we've been working very hard over the

 1   past few years to stop that trend and did a television ad to

 2   help with that.  So this is a feature of girls looking up to

 3   their idols in women's sports and women's dancing, stuff like

 4   that.  So you'll see lots of three stripes throughout this

 5   across a variety of sports:  Boxing, wrestling, running,

 6   dancing, all across the board.  Basically showing young girls

 7   can be anything they want to be.  It's not just about boys in

 8   sports.  It's girls in sports too.

 9   Q.  One more.  At this point, let's play Exhibit 21.  And as

10   this plays, do the same thing:  Identify the ad and tell us how

11   you worked the Three-Stripe Mark into the ad.

12   A.  This is an ad we did during Covid.  There wasn't a lot of

13   sports going on and normally we'd be running a lot of TV on

14   live sports.  There were not a lot of sports happening, so we

15   weren't running as many TV ads.  But we did want to note that

16   the places where we play sports are still there and will still

17   be there when Covid is over, and to note that the training that

18   is happening and the hard work that athletes are putting in is

19   not going to be wasted or useless because sport will come back,

20   and that we are all ready for sport to come back.  That was the

21   feature of this.  This did run both on television and

22   digitally.  It features a lot of our key athletes like James

23   Harden, as one example.  We have a sponsorship with New Zealand

24   rugby team.  Manchester United.  You probably recognize Damien

25   Lillard from Portland Trail Blazers.  We sponsored the Boston

 1  Marathon, which didn't happen that year.  If you remember from
 2  Covid, they didn't have the Boston Marathon.  Finished with the
 3  logo.  So three stripes.
 4  Q.  While it would be fun to sit here and watch TV ads all day.
 5  I think I'll pause there.  We've been looking at relatively
 6  recent ads.  Can you talk about how long adidas has been doing
 7  video and television advertising?
 8  A.  I've been there, like I said, almost 17 years.  We've been
 9  doing it ever since I was there, and I'm sure longer.  When I
10  first started working in basketball, one of my first thing was
11  to help create ads for television featuring athletes.
12  Q.  Why does the company invest in television advertising?
13  A.  We want to reach as many people as possible.  We target
14  pretty much everybody.  We want everyone to know our brand, to
15  like our brand, and to purchase our brand.  And TV is one of
16  the best ways to reach the most people possible.
17  Q.  You mentioned that print advertising was also part of
18  traditional advertising.  Do you still do print advertising?
19  A.  We do some.  It's less over the past five to seven years.
20  Print advertising has declined.  A big move obviously on to
21  digital being more prominent.  So less print, but we still do
22  some, yes.
23  Q.  Why do you continue to do print?
24  A.  Similarly, print does have a good reach.  It reaches a lot
25  of people, and so with our desire to reach as many people as

1   possible, we still look at all the marketing avenues and

2   channels that allow us to do that, and print is one of them.

3   Q.  When I say print, can you give some idea of where those

4   printed material appear?

5   A.  Sure.  In places like you'd see ESPN The Magazine or Sports

6   Illustrated are two of the better examples.

7   Q.  Let's pull up Exhibit 22.  Tell us what's in Exhibit 22,

8   this collection that is marked Exhibit 22.

9   A.  Sure.  These are a collection of print advertisements.

10  Q.  Starting with the first one, what is this ad and how is the

11  Three-Stripe Mark incorporated into it?

12  A.  This is an Originals ad, the Lifestyle brand I mentioned

13  before.  You can see the three stripes running down the length

14  of the sleeve on the top, running down the length of the pant,

15  as well as on the shoes being feature.

16  Q.  Go over to page 8.

17       Can you identify this ad and tell us how the

18  Three-Stripe Mark is used?

19  A.  Sure.  It's a print ad connected to our House Party

20  advertisement from about five, six years ago.  You could see

21  the three stripes showing up on the sleeves of the hoodie of

22  the track jacket and of the short-sleeve shirt being featured.

23  You can also see the three stripes running down the length of

24  the pant.  You'll also note it's on the three logos, the two

25  that have the word adidas underneath them.  And then the middle

1   one, you see it in the logo where the adidas is in there.

2   Q.  Go over to page 10.  Identify this ad and the Three-Stripe

3   Mark is used.

4   A.  It's an Originals or Lifestyle ad as well.  The three

5   stripes are showing up running down the sleeve of the top

6   featured, and also on the skirt running down the length of the

7   side of the skirt.

8   Q.  Page 18, please.  Can you tell us about this ad?

9   A.  Sure.  This is a Superstar print ad.  The shoe we've seen

10  quite a bit of, one of our more popular shoes.  You can see the

11  three stripes running down the side of both the outside of the

12  shoe and the inside of the shoe on all of them, as well as you

13  can see the gold on the tongue, the Originals logo there, and

14  the three stripes run across that Originals logo.

15  Q.  Go to page 21.  Can you identify this ad for us?

16  A.  Yep.  I think you all saw in the videos we were showing one

17  of our TV ads Forever Sport featured lots of three stripes

18  running across apparel.  This is the print ad that would

19  accompany that.  Oftentimes what we run on television, we will

20  also do something comparable across all their mediums, across

21  print, across social, across everything else.  This is an

22  example of a print ad tied to that Forever Sport campaign.

23  Q.  Go over to page 22, please.  Tell us also about this

24  campaign and this ad?

25  A.  Sure.  I mentioned before some of the inclusivity ads we

1     were running.  One part we were running around the same time

2     were ads for different size product, so we do what's call

3     inclusive sizing, so sizing that matches all body types.  This

4     is one of the ads we did for that.  You can see the three

5     stripes running down the side of the leg.  You can see the word

6     adidas on the back.

7     Q.  I want to know turn to Exhibit 23.  Tell us what is

8     contained in Exhibit 23.

9     A.  This is a series of more print ads as well.  It says

10    slogans and campaigns, but it's tied to some of the ads we also

11    run.

12                (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   BY MR. HENN:

2   Q.  And if we go to page four, for example.

3   A.  Oh, right.  Sorry.  This is an example of the ads we've run

4   over the years.  Pardon me.

5           So this is a calendar that shows all the campaigns we

6   run, basically from 2000 until 2020.  And we name them.  So I

7   imagine things like Forever Sport or Impossible is Nothing,

8   things like that.

9           These are large campaigns that we run to promote the

10  brand, the three stripes, and particular products.

11  Q.  And I jumped to page four, that is 2020.  But if we go back

12  to page three, can you identification which is on that page?

13  A.  Sure.  Same thing, large ads that we ran, marketing

14  campaigns that we ran starting back in 1970.  Again, I

15  mentioned things like Impossible is Nothing, Forever Sport,

16  which were run during the 2000s and up until now.

17          There were ones Back in the Game, things like Spirit

18  of the Games around the 1984 Olympics.  Earn Them, which was

19  high-tech Earn Your Stripes a big campaign that we ran in the

20  mid '90s.  These are all large campaign ads we ran throughout

21  the years.

22  Q.  The exhibit itself goes in reverse chronological order.

23  I'm going to go to page 49 and hit some on the way back.

24          Start at page 49, please.  Can you tell us about this

25  campaign, when it was and what it was?

1   A.   Sure.  This is from mid 1976.  It's an ad for training

2   shoes.  In essence, it's a reason to purchase our products.

3   You see the three stripes prominently showing up on both sides

4   of the shoes, as well as on the heel of the shoe.  We put our

5   original logo on the heel of the shoe and on the tongue is the

6   original logo again.

7   Q.   Go to page 43.  What was this campaign?

8   A.   I missed that one before.  In 1984 we ran a campaign around

9   the Spirit of the Games.  It was done to highlight athletes

10  that revolve -- that we sponsor taking part in the games, as

11  well as featuring teams that we sponsored as well.  Yes.

12  Q.   Were the three stripe -- was the Three-Stripe Mark used in

13  that campaign as well?

14  A.   Yes, absolutely.  You can see in the ad there, you see them

15  on the shoes, both on the inside and outside of the shoe.  You

16  can see the three stripes on the short and the singlet as well.

17  Q.   Go to page 42.  What was this campaign?

18  A.   Sure.  This is a basketball campaign from 1984 featuring

19  two of our more classic, iconic basketball shoes.  You can see

20  the three stripes being used on the outside of both shoes as

21  well as within the logo, the Trefoil logo, originals logo.

22  Q.   Page 36, please.  What is this campaign?

23  A.   This is the Earn Them campaign, all about earning your

24  three stripes.  The idea here being that if you perform at your

25  best, you can, like the best athletes that we sponsor, earn

1    your three stripes.

2    Q.  If we go to 29.  Identify this campaign for us.

3    A.  Sure.  This was an ad from 2000.  It was focused on

4    multiple categories.  So soccer is featured on the right.  It

5    was around more than just soccer.  And the idea here being,

6    when you wear adidas, it makes you better.  Comparable is what

7    I talk with our founder, Adi Dassler.  He created shoes to make

8    athletes better.  We created a campaign around that in 2000.

9    If you wear our shoes, it will make you better on the field to

10   play.

11   Q.  Page 28.  Tell us about this campaign.

12   A.  Sure.  This is for our originals category featuring the

13   Trefoil logo.  This is the idea that every Trefoil has a story.

14   So because we create -- our originals product, again, taps into

15   our history.  So we talked about before superstars wore once

16   basketball shoes.  There is a story behind that.  Every one of

17   our products has a great story behind it.  Stan Smiths were

18   once worn by a great tennis player named Stan Smith.  A lot of

19   people don't know that, so this campaign was tied to telling

20   those stories.

21   Q.  Page 27.  Tell us about this one.

22   A.  We saw the campaign before.  This was tied to a specific

23   product technology called Climacool.  Climacool was a

24   breathable technology that we used in both footwear and

25   apparel.  It made the footwear breathe better, obviously

1    wouldn't sweat as much.  Same with the apparel, that would make

2    it you wouldn't sweat as much.  Featured Anna Kournikova, a

3    popular, famous tennis player at the time, using the iconic

4    Marilyn Monroe scene standing over the grate in New York.

5    Q.  Page 26.  What was this campaign?

6    A.  So this is from 2005.  Kevin Garnett, one of the more

7    popular players in the NBA.  We sponsored Kevin and also

8    sponsored the NBA at the time.  This was the idea behind Kevin

9    plays multiple positions on the court.  Although he's seven

10   feet tall, he can act like a point guard at times, act like a

11   forward at times, a start at times.  He's versatile.

12        We wanted to showcase that.  You'll note the three-

13   stripe usage on the -- behind on the lower image there.  That's

14   because we wanted to mirror what it would look like on an NBA

15   court, since we were sponsored by the NBA and most NBA teams

16   had three stripes all over the place in 2005.

17   Q.  Page 25, please.  Tell us about this campaign.

18   A.  Sure.  This is from 2004.  This was one of our first

19   iterations of Impossible is Nothing campaign.  It's a campaign

20   running now as well, Impossible is Nothing.  The idea that, as

21   a brand, we believe that anything is possible, that we're

22   different from everyone else, that we see possibilities where

23   others do not.  We started this campaign working partnership

24   with Muhammad Ali and his family foundation.

25   Q.  Go to page 20.  Tell us about this campaign.

1   A.   Sure.  This is our 2009 World Cup campaign.  This was the

2   world Cup that took place in Brazil.  We featured Lionel Messi

3   in Argentina, sponsored both him and the Argentina football

4   team.  This was an ad that we ran for him.  The idea being he

5   is the spark for the team.  He's the main key player on that

6   team.

7            So you can see the three stripes running down the side

8   of the short and the blue white blue pattern.  You see the

9   three stripes on the top of the sock, and you see the footwear,

10  the three stripes running down the back of the heel.

11  Q.   If we go to page 19.  Tell us about this campaign.

12  A.   Sure.  This is from our celebrate originality campaign.

13  You can see the three stripes being featured in the shoe.  That

14  is the superstar on the ceiling of the shoe.  This was done to

15  kind of showcase a house party kind of scene.  If you wanted to

16  come to the best house party in the world with the best

17  athletes, with the best musicians, best artists, you would have

18  to be wearing three stripes.

19  Q.   And last one we'll look at is page seven.  Tell us about

20  this one.

21  A.   Sure.  This was from 2017.  This was tied to the U.S. Open,

22  the U.S. Open tennis tournament happening here in New York.

23  This was connected to us not being quiet about wanting to

24  change the world.  This was connected mostly to climate change.

25  We had a lot of key athletes, key influencers, Pharrell

Williams, Stan Smith, a Dominic Thiem, Garbine Muguruza.  In

tennis, oftentimes in tennis, shh, be quiet, that is common.

        We came out with a campaign opposite of that.  It is

important we're not quiet about important topics like climate

change.

Q.  You mentioned that in addition to these print ads that are

part of these campaigns, you also do out-of-home or billboard

advertising.  Tell us about that in the overall marketing mix.

A.  Sure.  We still do quite of bit of billboard advertising.

It still gets a lot of visibility.  Again, visibility is key in

marketing.  We want as many people as possible to see our

advertising, so we still do quite a bit of advertising.

        Likely, being in New York, you likely see some of our

advertising in Times Square and places like that.

Q.  Let's pull up exhibit 24.  Just tell us what we see in

Exhibit 24.

A.  Sure.  We have -- we do a lot of work in Boston.  We are

sponsors of the Boston Marathon.  We are very active in that

city.  This is an example of an ad for Forum, which is one of

our original shoes that we ran in the popular street in

downtown Boston.  You'll note the three stripes obviously in

three different places, on the socks, both the stripes and the

logo, and then on the Forum shoe itself with the stripes and

the logo.

Q.  Is this typical of the type of outdoor billboard

1   advertising you engage in?

2   A.   This is.

3           THE COURT:  Counsel, is this a good time to give the

4   jury their midafternoon break?

5           MR. HENN:  It is, your Honor.

6           THE COURT:  Very good.  We'll take a 15-minute break

7   at this time.

8           (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1                  (Jury not present)

 2                  THE COURT:  Step down and we'll see you in 15 minutes.

 3                  (Witness temporarily excused)

 4                  Please be seated.  So how much longer are you on

 5      direct?

 6                  MR. HENN:  This witness is our longest witness.  He'll

 7      consume the rest of the afternoon.

 8                  THE COURT:  Well, that's quasi responsive.

 9                  MR. HENN:  Hold on.  I have a sense.  I have some

10      timestamps.  Let me just see.

11                  There are approximately two hours left.

12                  THE COURT:  OK.  By the way, just in general, I will

13      normally ask counsel for each side how long they are going to

14      be.  Normally this will be taken as just a ballpark.  However,

15      if we get into a situation where I think time is being wasted,

16      then I'll demand a more firm amount.

17                  We'll see you all in 15 minutes.

18                  (Recess)

19                  Please be seated.  All right, counsel.

20      BY MR. HENN:

21      Q.  Mr. Murphy, let's turn to another aspect of your job,

22      digital marketing.

23                  Tell us what is included in digital marketing.

24      A.  Sure.  Digital marketing includes running advertisements on

25      websites like *espn.com*, on *sportsillustrated.com*.  It includes

1    things like search engine marketing, so that is if you type

2    something into Google and search for it, adidas shows up first

3    with an ad next to it.  That's digital marketing.

4         Social media, so if you're on any social media

5    environment and as you're scrolling, you see an ad from adidas,

6    that is also within the digital marketing.

7    Q.  In addition to running ads on social media, does adidas

8    have its own accounts on social media?

9    A.  We do, across all the major social network environments.

10   So Facebook, Instagram, Twitter, TikTok, Snapchat, YouTube.  We

11   have accounts for our main brand, as well as for each of the

12   categories that we talked about earlier.  So adidas soccer,

13   adidas football, adidas running.  We have accounts for all of

14   those as well.

15   Q.  How long has adidas had those social media accounts?

16   A.  Um, since the inception of the networks themselves.  Given

17   the size and scope of adidas, influence we have, when those

18   networks started, very early years connecting with the Facebook

19   team and being live on Facebook, early years with Twitter,

20   Snapchat even now with TikTok, connecting with TikTok.  We were

21   live on those platforms really early.

22        Advertising came later.  Not all of those platforms

23   were ready to advertise.  I know that's how most of them make

24   their money now.  When they first started, they were not set up

25   to handle advertising.  We were really early with all of them

1    as well, so Facebook, Instagram, and Twitter in 2009, Snapchat

2    and Pinterest in 2011, and TikTok in 2019.

3    Q.  Let's pull up Exhibit 25.  This is a collection of social

4    media.  I just wanted to have you walk through and identify

5    some of these examples for us.

6            So if we go over to page two, for example, what do we

7    have here?

8    A.  Sure.  This is the adidas originals Instagram handle.  You

9    can see at the time, followers, we would utilize this to push

10   out key messages related to the originals category.  You can

11   see some footwear in there.  You can see some campaigns we were

12   running as well.  You see multiple elements of the brand pushed

13   out across that particular handle.

14   Q.  Since you mentioned the followers, can you zoom in at the

15   top so he can identify that number?

16           How many followers does this one adidas account have?

17   A.  The adidas originals account, at the time of this,

18   35.6 million and it's increased from there.

19   Q.  Let's go over to page three.  Again, if you'll just grab

20   the top.

21           Mr. Murphy, will you identify this for us?

22   A.  Sure.  This is the main adidas Instagram account.  This is

23   where the larger brand messaging happens.  So you'll see our

24   collaboration with Allbirds being featured there, you'll see

25   the United Against Racism campaign, you'll see our push against

1    Black Lives Matter, connected to Black Lives Matter, you'll see

2    the piece from COVID when we were selling masks.  So this is

3    during -- this is used for our larger brand marketing messages

4    overall.

5    Q.  Look over to page 11.  Can you identify what this account

6    is?

7    A.  Sure.  Along with larger brand handles and individual

8    category handles, we do have some that are specific to cities

9    that we do the most marketing in, like New York City.  So we do

10   have an adidas NYC Twitter handle which will focus on things

11   that are more specific to what are happening in this key city.

12   New York is one example.

13   Q.  What about page 12, what do we have here?

14   A.  Sure.  This is the adidas originals Twitter handle.  Again,

15   this will be focused on content related to the adidas originals

16   category.

17   Q.  And finally, page 14.

18        MR. HENN:  Nita, just grab the top half.  Perfect.

19   Q.  Tell us what we have here.

20   A.  Sure.  This is the overall adidas brand Facebook page,

21   focused on multiple categories or bigger stories.  At the time

22   this was captured, it's featuring our latest launch of soccer

23   cleats.

24   Q.  And in terms of followers or likes on the Facebook account,

25   how many?

1    A.   Sure.  You can see on this one there's 32.6 million

2    followers.

3    Q.   Take that down.  You mentioned a whole host of social

4    media.  You may have mentioned YouTube?

5    A.   Yes.

6    Q.   If not, do you also promote the Three-Stripe Mark on

7    YouTube?

8    A.   We do.

9    Q.   Tell us about that channel and how you use it.

10   A.   Sure.  Comparable to the other ones, a little bit more

11   video focused, obviously.  That's where we push a lot of the

12   content that we create that isn't fit for TV or is too long,

13   we'll push through YouTube.

14   Q.   Let's pull up Exhibit 26.

15            If you can identify Exhibit 26 for us?

16   A.   Sure.  This is our main YouTube channel focused, again, on

17   larger brand campaigns.  This is, at the time this was

18   captured, featuring our adidas' All In campaign from about

19   seven or eight years ago.

20   Q.   You mentioned that in addition to having these accounts

21   yourself, you also advertise on social media.

22            Can you give us an example of how that works?

23   A.   Sure.

24            MR. HENN:  You can take this down.  Thank you.

25   A.   Sure.  Across all of our social media environments,

1    including YouTube, if I want things to be seen by more people,

2    it costs money.  So I spend advertising money with each one of

3    them to ensure that the videos that we create or the images

4    that we push out are seen by as many people as possible, and

5    that is advertising.

6            That, in essence, is as you're scrolling through

7    Twitter or through Instagram or Facebook, in your feed, I want

8    to show up in that feed, and so I spend money with those

9    platforms to make sure that my ad shows up.

10   Q.  I want to pull up Exhibit 27 and have you talk about this

11   as an example of social media advertising.

12           What was the Nite Jogger campaign?

13   A.  Sure.  You can see from the logo it was an originals

14   campaign that we did in partnership with Snapchat in quarter

15   two of 2019.  Nite Jogger was a launch of a very specific

16   product, a shoe.

17   Q.  Go to the second page.  Can you just walk the jury through

18   what this page is conveying?

19   A.  Sure.  So with Snapchat, we spent $300,000 for them to

20   create, in partnership with us, ads for the Nite Jogger which

21   were then pushed out across the Snap platform.  They then came

22   back and said, Hey, as a result of your spend, you had

23   110.9 million total impressions and a 13.4 million total reach.

24           In essence, with reach, that's how many people on

25   the platform saw your ads.  So this would tell you that

1   13.4 million people on Snapchat saw our Nite Jogger ads.

2   Q.  What is the difference between reach and impressions?

3   A.  Impressions will count people twice.  If the same person

4   saw something multiple times, that counts as an impression.

5   Q.  Got you.  Look over to page 14.  Can you identify what is

6   on page 14?

7   A.  Sure.  These are the creative examples of the ads that we

8   ran across Snapchat for the Nite Jogger product.

9   Q.  Can you identify or discuss how you used the Three-Stripe

10  Mark in your social media advertising?

11  A.  Sure.  The logo is ever present.  So you can see the

12  originals or the Trefoil logo which has the three stripes

13  within it.  You can also see three stripes in the pants in all

14  of the ads.  You can also see the outside of the shoe featuring

15  the three stripes across the Nite Jogger shoe as well.

16  Q.  Was the Nite Jogger the only campaign you ran on Snapchat?

17  A.  No.  We run a lot of ads on Snapchat.  We run a lot of ads

18  across all of the social platforms.

19  Q.  Is what we're seeing in Exhibit 27 representative of what

20  you have done on those other social media sites?

21  A.  It's comparable.  Every platform is different and the

22  content you create for each platform is a little bit different.

23  Q.  I want to pull up now Exhibit 76, another spreadsheet.

24  Tell us what is in Exhibit 76.

25  A.  This is an example of the amount of money that we spend

1    across social media and the resulting KPIs.  KPIs are key

2    performance indicators.  So if I spend this amount of money,

3    what did that do for me as a brand or how many people saw it or

4    how much revenue did it generate.

5    Q.   The other spreadsheets we looked at where I think you said

6    were in the thousands, so you added three zeros.  These, I take

7    it, are actual numbers?

8    A.   These are actual numbers in millions.

9    Q.   Just from 2016 through whatever year-to-date 2021 was, can

10   you describe what the spend on social media was for adidas?

11   A.   Sure.  You can see, as the social media platforms have

12   grown, as they advertising opportunities have grown, as we

13   adidas North America have grown, you can see we've spent more

14   money year after year going from approximately 1.2 million in

15   2016 to approximately 37 and a half million in 2020.

16   Q.   2021 is lower because it's not a full year?

17   A.   It's a year-to-date number, when this was captured,

18   correct.  It's not a full year.

19   Q.   Got it.

20            MR. HENN:  Let's take that down, Nita.

21   Q.   The other component of digital, you said, was just Internet

22   advertising.  What do you mean by Internet advertising?

23            Describe what that looks like.

24   A.   Sure.  As anyone peruses the Internet, you will come across

25   ads.  We all do all the time.  I spend money to advertise

1    across a lot of sites that are relevant to things like soccer

2    or basketball or originals.  So our ads show up in quite a few

3    spots across the Internet.

4    Q.  And let's pull up Exhibit 28, so multipage exhibit.  Just

5    tell us what is contained in Exhibit 28.

6    A.  Sure.  This is a collection of ads that would run across a

7    myriad of different sites.  You can see different sites allow

8    for different sized placements.  Some allow for just logo

9    placements, some allow for longer, we call skyscraper-type

10   advertisements.  These are different sized and feature

11   different things based on what the site we are advertising with

12   allows for in terms of size.

13            MR. HENN:  Nita, would you grab the Good-bye Gravity

14   ad in the middle at the top.  Just pull that up.

15   Q.  Can you talk a little bit about how you connect the video

16   advertising that you might be doing in other places with

17   Internet advertising you're doing?

18   A.  Sure.  I mentioned before we want as many people as

19   possible to see our advertisements.  So in the foot locker ad

20   you saw earlier featuring the Good-bye Gravity with the kids

21   floating, that one, we want you to see that on both TV, then

22   when you go to the Internet to search around, I want you to see

23   it again and again and again.  Same with social, I want you to

24   see it on social media as well.

25            So we run comparable ads across a lot of different

1   environments.  TV, down to this example, which is you seeing

2   Good-bye Gravity, again featuring the same footwear, I see now

3   on a different medium on digital.

4   Q.  How long has adidas been engaging in digital advertising

5   like the type we see in Exhibit 28?

6   A.  Again, since I've been there 2017 -- I'm sorry.  I've been

7   there almost 17 years.  Pardon me.  We've been doing it for

8   that long, at least.

9   Q.  You can take this down.  At the very beginning when I

10  asked, sir, what your duties were, you mentioned sports

11  marketing.  You've mentioned Lionel Messi a few times going

12  along.  Describe or identify what you mean by sports marketing.

13  A.  Sure.  Sports marketing is where we work with athletes,

14  teams, leagues, in a contractual form.  We have a contract with

15  Lionel Messi, and in that contract he agrees to wear our

16  product when he is playing soccer, when he is off the pitch as

17  well.  He wears our product all the time.

18          We have that with a myriad of athletes, Lionel Messi

19  being one example.  James harden would be another one.  Derrick

20  Rose would be another one.  With teams that we sponsor and

21  partner with quite a few NCAA teams.  Texas is one example,

22  Nebraska, Rutgers.

23          We also partner with leagues, so we are league-

24  sponsored on major league soccer.  If you watch major league

25  soccer, note that every team has three stripes on their Jersey,

1    on their socks, on their shorts.

2            Same with the NHL, National Hockey League.  If you

3    watch hockey, you note all the jerseys also have three stripes

4    and the Batch of Sport logo on all of their jerseys.

5    Q.  With regard to sport events, does that fall within sports

6    marketing or is that another kind of marketing?

7    A.  It can.  Things like the Boston Marathon we talked about

8    before, we sponsored the Boston Marathon.  We are sponsors of

9    the Brooklyn Marathon as well.  We work with a number of large

10   events, typically running events as well.  That would be

11   considered sports marketing too.

12   Q.  Why does adidas engage in sports marketing?

13   A.  Similar to our desire to have as many people see the three

14   stripes as much as possible, when you sponsor athletes, you

15   partner with athletes and sponsor and partner with teams.  When

16   you work with leagues or a big event, those three stripes show

17   up on the field, on the pinch, on the court all the time.  So

18   the visibility is quite high.

19   Q.  Let's pull up another collection.  This is Exhibit 29.

20           We're going to do a similar exercise.  Walk through

21   certain pages of this, not the whole exhibit.  And just I would

22   like you to identify the athlete and how you've incorporated

23   the Three-Stripe Mark into your marketing efforts with that

24   athlete.

25           Start with page one.

1    A.  Sure.  That's Lionel Messi, greatest soccer player in the

2    world, just won the world cup.  Obviously a younger picture of

3    him.  We have sponsored him a very long time, worked with him a

4    very long time.  That is him sitting next to a bronze statue of

5    our founder, Adi Dassler.  That image you saw before, this

6    statue shows up in a number of our locations.  We have on in

7    Portland, our headquarters there.  This is the one in Germany.

8            And the three stripes you can see showing up on the

9    Argentina long-sleeve jersey that Messi is wearing, it shows up

10   on the Argentina socks he's wearing, and they show up on the

11   sides of the 0F50 football boot he's wearing.

12           THE COURT:  I assume he contributes his success in

13   soccer entirely to the fact that he's sponsored by adidas.

14           THE WITNESS:  Yes.

15           MR. HENN:  Adidas pays him handsomely to say that.

16           THE COURT:  Got it.

17   BY MR. HENN:

18   Q.  Let's jump over to page 42.  Who do we have here?

19           And, again, talk about how you incorporate the

20   Three-Stripe Mark with regard to this athlete.

21   A.  Sure.  This is David Beckham, also a well-known soccer

22   player.  This is part of our Impossible is Nothing campaign, so

23   we asked him to be -- asked and paid him to be a part of our

24   large brand campaign.  This was both a video showed up on

25   YouTube as well as *adidas.com*.  And here you see him wearing a

1    hoodie with three stripes running down the sleeve, as well as

2    the Badge of Sport logo, which contains the three-stripe logo.

3    Q.  Let's go over to page 47.  Tell us about this image.

4    A.  This is two images of the German Soccer Federation.  As I

5    noted, we sponsor teams.  I mentioned Argentina before.  We

6    also sponsor the German national team.  These are examples from

7    tournaments.  The Euro in the '80s up on top and at the bottom

8    is the World Cup semi-final in Spain in the early '80s.

9         You can see three stripes on both jerseys running down

10   the sleeve on both of them.  You also can see in the lower

11   picture of Germany, they played France in '82 in the semi-

12   finals.  And we at the time sponsored the France national team

13   as well -- the French national team, pardon me.

14   Q.  Let's jump over to page 53.  Can you identify this athlete

15   and talk about the three stripes?

16   A.  Sure.  This is Abby Dahlkemper.  Abby plays for the women's

17   national team, the women's national soccer team.  You can see

18   in this ad she is wearing a track top with three stripes

19   running down the length of the sleeve.

20   Q.  You said this was an ad.  Is this, in fact, an ad?

21   A.  It's not.  Pardon me.  This is Abby Dahlkemper's page on

22   Instagram.  I noted before that the reason we sponsor these

23   athletes is so that they wear the product on the field.

24   Obviously we also want them to wear it not on the field.  And

25   we ask them, in some cases contractually, to post on social

1    media regularly featuring our brand and the three stripes and

2    our product.

3    Q.  Let's look over at page 59.  Who is that?

4    A.  This is a famous track and field athlete from the '60s.

5    This is Wilma Rudolph.  You can see the three stripes on the

6    track spike that she's wearing.

7    Q.  Page 64.  Who is that?

8    A.  This is Haile Gebrselassie.  Haile is one of the most

9    decorated, long-distance runners in the world.  He has won

10   multiple Olympic medicals, won multiple marathons.  We work

11   very closely with him and have for many, many years.

12           You can see the three stripes on the inside -- on the

13   outside, pardon me, of the tank top he's wearing, running along

14   the ribs.

15   Q.  Page 66, please.  Maybe zoom in on the photo.  There we go.

16           Who do we have here?

17   A.  This is Aaron Rodgers, posted this on his page.  We sponsor

18   Aaron Rodgers.  You can see this is a number of football

19   players in particular -- Jimmy Graham, JuJu Smith-Schuster,

20   Aaron Rodgers obviously in there.  He posted this at the time

21   we were running a superstar campaign.  We did a photo shoot

22   with multitude of famous athletes, and Aaron took the image and

23   posted it on his social media page.

24   Q.  Page 68, please.  Who is this and how do you incorporate

25   the Three-Stripe Mark in connection with your work with this

1    project?

2    A.   This is Damian Lillard's Instagram page.  Damian plays for

3    the Portland Trailblazers, been a long-time partner with the

4    brand.  This was prior to the launch of his new Dame 7 shoe,

5    and he highlighted that on his page.

6         You can see the three stripes showing up on the pants

7    that he's wearing, running from the top of the pant to the

8    bottom.

9    Q.   Page 71, please.  Again, maybe zoom in on the picture.

10        Can you describe for us what we -- who we have here

11   and how the Three-Stripe Mark was incorporated in your

12   relationship with that athlete?

13   A.   Sure.  This is James Harden, famous basketball player.

14   When we first signed James Harden, to make sure that he had all

15   the product he needed when he was playing basketball and off

16   the court -- you see the original boxes and the lifestyle

17   boxes.

18        We backed a semi truck up to his house and unloaded

19   over 1,000 pairs of shoes into his house, put them in his

20   closet, captured a lot of content about it.  He was very

21   excited to receive that many shoes, just to make sure that

22   every time he leaves the house or does anything, he's wearing

23   the three stripes.

24        We posted on social media about it.  He posted on

25   social media about it.  A lot of media picked it up.  It was a

1    big story given the quantity of it shoes we gave James Harden.

2    Q.  You mentioned the lifestyle box.  Is that the blue one in

3    there?

4    A.  That's correct.  You can see the three stripes being

5    utilized not only on the footwear being shown, but also on the

6    footwear boxes, you can see the sport performance boxes that

7    usually have, in this case likely basketball, shoes mostly

8    three stripes wrapped around the box.  And on the originals

9    boxes, the blue boxes with the Trefoil logo, you can also see

10   the three stripes wrapping around the box.

11   Q.  Thank you.  You can take that one down, please.

12           Let's talk about influencers.  You mentioned those.

13   How do you incorporate the Three-Stripe Mark into your

14   marketing with influencers?

15   A.  Influencer marketing.  So sports marketing is centered

16   around athletes, leads and partners connected to sports

17   typically.  Influencer marketing is more connected to artists,

18   musicians, in some cases designers, people more popular outside

19   of sport.  Examples would be Pharrell Williams and Beyonce are

20   two of the bigger examples of partners that we have.

21   Q.  Is that something that is relatively new or recent for the

22   brand?

23   A.  No, no.  We've been doing influencer marketing for, again,

24   nearly as long as I've been there.

25   Q.  Let's pull up Exhibit 30, a collection of examples.  And

1    we'll, again, have you go through, just identify a few of them.

2         Start on page one.  Pull up the picture for me.  Who

3    do we have here and how did you incorporate the Three-Stripe

4    Mark into your relationship?

5    A.  Sure.  This is Beyonce.  We work closely with her.  We have

6    a collection with her called Ivy Park.  We promote that

7    multiple times during the course of a year, both on all of our

8    handles.  This is adidas women's.  At the time this would have

9    been on every significant handle.  She promotes it as well.

10        You can see the three stripes showing up on all three

11   images.  The one on the left on the sleeve, running from top to

12   bottom of the sleeve, on the jacket, you see it's part of the

13   hood.  It also runs down the length of the jacket on the front.

14   And on the right, the jacket has three stripes running all the

15   way down the sleeve and all the way down the pant leg.

16   Q.  If we go over to page three.  Who is that and tell us a

17   little bit about that relationship?

18   A.  Yep.  We've had a long-term partnership with Run DMC.  If

19   you know the song *My Adidas*, that is from Run DMC.  Ever since

20   then, we've had a great relationship and partnership with them.

21   We do quite a bit of continued work with them around things

22   likes the superstar, which we have seen a couple of times.

23   That's the product that was featured in *My Adidas* as a

24   superstar.  This was tied to a campaign that we ran a few years

25   ago around the superstar featuring Run DMC.

1    Q.  Go to page four.  Who is that, and talk a little bit about

2    the significance of this person?

3    A.  Sure.  As you see in there, it says some people think I am

4    a shoe.  Not many people know Stan Smith was once a famous

5    tennis player.  We made shoes for him.

6         He was originally a sports marketing athlete partner.

7    He's become more of an influencer now.  He no longer plays

8    tennis, but he still is relevant because of his shoe.

9         We work closely with him quite a bit to create content

10   around Stan Smith.

11   Q.  Page six, please.  Describe this for us.

12   A.  Sure.  This is an image of Stan Smith, I just talked about,

13   with Pharrell Williams.  We are in a partnership with, those

14   two created a couple of tennis shoes.

15        So one is called the Pharrell tennis shoe and,

16   obviously, the Stan Smith is an original shoe.  Both original

17   shoes rooted in the sport of tennis.

18        MR. HENN:  Page eight, please, Nita.

19   Q.  Who is this?

20   A.  This is Rita Ora, musician.  We had a partnership with her,

21   did a product collection with letter as well for originals.

22        You can see three stripes in a number of spots here.

23   On the sleeve of the jacket running from about three quarters,

24   a quarter of the way down, all the way through the sleeve,

25   three stripes are showing up across the ribs, and you see the

1    three stripes on the pants wrapping around near the calf.

2              (Continued on next page)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q.  Page 10, please.  Can you identify this person?

2    A.  Sure.  This is Kylie Jenner.  We partnered with both Kylie

3    and Kendall over the years.  This is affected to a product

4    called The Falcon that we worked on in partnership with Kylie.

5    Q.  Page 11.  Who is that?  Talk about that relationship,

6    please?

7    A.  Yes, that's Snoop Dog.  We've had quite a few partnerships

8    with him over the years.  Been a long term supporter of his and

9    vice versa.  This is also tied to the adidas originals campaign

10   that we talked about.

11   Q.  And then the last one in this exhibit, page 13.  Can you

12   identify the person the adidas related person and also describe

13   the circumstance of this?

14   A.  This is Megan Thee Stallion, we've had a partnership with

15   her in the past.  This is her -- someone else is posting about

16   this.  You could see she's wearing a three-stripe outfit in the

17   content that's featured here.

18   Q.  You can take down Exhibit 30.  A lot of that was in the

19   context of social media posts.

20            Do you also incorporate your influencers and athletes

21   into video advertising?

22   A.  **Yes.  In most of our TV spots, they will feature athletes**

23   **or influencers.  A lot of the content we create for You Tube or**

24   **social media video content, in particular, will feature our**

25   **athletes and influencers.**

1    Q.  I'm going to play two ads here.  We'll break between them.

2    But we'll play it without the sound as we did before.  If you

3    will just identify who we're seeing.  You don't have to name

4    every single person, but if they are key influencer

5    relationships or spokesperson relationships, we'll start with

6    those.  Plaintiff's Exhibit 17.

7    A.  This is one of our adidas Originals campaigns, celebrating

8    60 years of Originals.  Obviously, the first image is of Adi

9    Dassler and a mural being pained with him.  He's our founder,

10   featuring him first.  This is tied to our House Party campaign.

11   A lot of these folks are on their way to what you would call

12   the best house party ever.  There's Run from Run D.M.C. showing

13   first, the idea here being if you want to go to the best party

14   in the world, you need to have on three stripes.  You'll even

15   notice that the invitation itself had three stripes on it.  So

16   as you look around the room, you'll see notable -- there's Mary

17   J. Blige.  There's notable David Beckham.  Katy Perry.

18   Q.  Can you also describe how this was distributed?

19   A.  Sure.  This was one of our more significant TV campaigns.

20   This ran across mostly cable, a lot of cable, less live sport.

21   Also a lot on You Tube and Instagram and Facebook at the time

22   we ran it.  Missy Elliott is there as well.  Missy again.

23   Q.  Nita, I think they get the point.  We could pause that one.

24        One additional video, Exhibit 31, please.

25   A.  This is an ad we ran a few years ago just before

1   Thanksgiving during our Creativity campaign.  We brought some

2   of those creative people across sport and culture together to

3   talk about the importance of being creative:  Pharrell, Messi,

4   2 Chainz.  That's Yvonne Miller.  Derek Rose.  The Avika

5   Sisters are there.  And there's Pharrell again.  That's Paul

6   Pogba.  David Beckham.  Damian Lillard.  That's Karlie Kloss.

7   James Harden.  Aaron Rogers.

8   Q.  Nita, thanks.  You can pause it there.

9   A.  We ran that one heavily across TV, based on the people

10  featured.  It was during Thanksgiving, a lot NBA basketball

11  games, a lot of NFL football games, that ad showed up in all of

12  those.

13  Q.  Again, we've looked at a couple of relatively recent

14  examples.  Is it a new thing to use influencers and athletes in

15  the ads that you're running on television or other video

16  sources?

17  A.  No, it's very common.

18  Q.  Have you been doing it for many years?

19  A.  Many years.  As long as I've been there.

20  Q.  I want to talk next about product placement.  Can you

21  describe what that concept is?

22  A.  Sure.  When we launch new products or we have a new

23  campaign, we talked about the Superstar campaign a couple of

24  times, we will what we call seed product, which means we give

25  product to a lot of people, send it out, especially to people

1  who are influential, not just the ones we pay.  Because the

2  ones we've seen for sports marketing and influencer marketing

3  are typically people that we pay and have contracts with.  We

4  also send product to a lot of people who we don't have

5  contracts with, in the hopes that they wear it.  They are

6  likely influential because they're famous.  They're actors,

7  actresses.  They are musicians.  They're artists.  They're

8  people who have large social media followings.  They're social

9  media influencers.  We send a lot of that product out in the

10 hopes that those people wear the product, are seen by media or

11 publishers or photographers or paparazzi and/or they wear it

12 and cover it themselves.  They're excited about wearing our

13 product and so they cover it on social media themselves, and we

14 do this very regularly.

15 Q.  Does the company maintain copies of product placements when

16 they see them out in the marketplace?

17 A.  Yes, we have a list of people we send product to.  It

18 varies.  We send soccer product to people who are influential

19 in soccer; running product to people influential in running;

20 Originals product to a broader set of people because Originals

21 and style covers are a broader subset of folks.

22 Q.  Why keep track of when those things are successful?

23 A.  We want to know, one, are they wearing the products.  And,

24 two, we want to also know, our efforts because it does cost us

25 money to send product to people.  The product isn't free to us.

1    We have to send it to folks.  We want to know if the effort

2    we're putting in is being successful or is working.  So we

3    track if they're posting, and we track the volume they get.  So

4    if someone who is famous posts about our product, they have

5    30 million followers, I then can track that as, hey, that's

6    30 million people seeing the product that I sent to that

7    person.

8    Q.  We've got a video that I would like to show, which is

9    Exhibit 32.

10         This is a collection of examples of product placement

11   which we would offer into evidence at this time, your Honor.

12         THE COURT:  Yes.

13         (Plaintiff's Exhibit 32 received in evidence)

14   Q.  Thank you.  Nita, if you can play that.  You can play it

15   with the sound because he doesn't need to narrate it.

16         (Video played)

17         THE COURT:  We only offer the best musical

18   entertainment.

19   Q.  We won't make you remember every film that was in that, but

20   just so we have a record of what was in that, can you identify

21   some of the films that identify the Three-Stripe Marks?

22   A.  Sure.  *Life Aquatic, Royal Tenenbaums, Beverly Hills Cop I*

23   *and II, Police Academy, Water Boy,* quite a few.

24   Q.  Another area you mentioned within your title of brand

25   marketing is retail marketing.  Can you tell us what you mean

1   by that?

2   A.  Sure.  We own and operate over 130 doors in the United

3   States.

4   Q.  You say doors, you mean --

5   A.  I mean retail doors.  Thank you.

6   Q.  Stores?

7   A.  I call them doors.  Stores.  We own and operate over 130

8   retail stores in the U.S.  We also work with wholesale partners

9   like Foot Locker, Finish Line, Champs, and we work with our

10  retail partners to make sure that the brand shows up the way we

11  want.  So if you walk past Fifth Avenue, our retail store on

12  Fifth Avenue.  In the windows there are screens, and you'll see

13  videos playing in those screens that are marketing product or

14  brand campaign.  You'll also note that there's logo placement

15  in a lot of the spots.  Some of the athletes we talked about,

16  the influencers we talked about will also show up in those

17  stores.  So we do a lot of marketing in those retail stores,

18  both our owned and operated ones, as well as ones from our

19  partners.

20  Q.  Let's pull up Exhibit 33.  First, can you identify what the

21  document is?

22  A.  Sure.  This is a 2015 marketing update.

23  Q.  If we go over to page 77.  Describe for us what you have

24  here in the context of retail marketing.

25  A.  Sure.  This is an example of what we call a shop and shop.

1    So it's a space that we have -- and by we, I mean adidas has --

2    within Dicks Sporting Goods that is dedicated to our products

3    and our brand.  You will see this features C.J. Spiller, former

4    running back from the Buffalo Bills next to our logo.  It

5    features an are Aeroknit piece, which was the product that we

6    were selling at the time.  We had this in 102 doors in 2014.

7    When I say 102 doors, 102 total stores.

8    Q.  Let's jump over to page 81.  Describe what this is.

9    A.  This is an example of a shop in shop within Foot Locker.

10   Similarly, it's a space that we have for both Performance and

11   Originals products.  You can see both logos being featured,

12   featuring Derek Rose on the left.  We had these shop in shops

13   in 150 doors in 2015.  150, pardon me, Foot Locker stores.

14   Q.  You're looking at a deck from 2015.  Is this something the

15   company did prior to 2015?

16   A.  Yes.

17   Q.  Is it something the company still does today?

18   A.  Yes, very much so.

19   Q.  Are these very much representative of those other years as

20   well?

21   A.  They are.

22   Q.  You mentioned I think one of the New York stores.  Let's

23   pull up Exhibit 34.  Talk to us about how you incorporate the

24   Three-Stripe Mark into adidas's own stores.

25   A.  Sure.  This is an example from our Wicker Street store here

1   in New York.  You see in the front of the store, there's an

2   example of our retail marketing for our Love Unites campaign,

3   which we ran during Pride month pushing -- featuring product

4   from that campaign, which is the running shoe you see in the

5   front there.  And then if you look further in the back of the

6   store, you can see the three stripes showing up on the footwear

7   wall running down the full length.  That's where the three

8   stripes show up in that particular door.

9   Q.  If we go to page 2, can you describe how the Three-Stripe

10  Mark is incorporated into this store?

11  A.  Sure.  This is one of our mall-based stores.  You can see

12  again the Love Unites campaign showing up in the two windows,

13  again, tied to our campaign during Pride month.  You also see

14  the Three-Stripe Mark shows up in both of the logos, the one

15  over the middle of the door and the one hanging to the side.

16  We also have three stripes running down the length of the door.

17  That's intentional, particularly to capture the reflection off

18  of the flooring there.  That was a decision we made to put

19  those three stripes in that door because of the reflection and

20  the ability of the three stripes then to extend out beyond the

21  inside of the door.

22  Q.  If we go over to page 4.  Identify this for us and describe

23  how the Three-Stripe Mark is used at this retail location.

24  A.  This is our Fulton Street store here in New York as well.

25  Again, you see the three stripes showing up in both logos, the

1    one directly above the door, the one on the sign to the side.

2    You'll also note that we use three stripes around the sign on

3    the right, on the top, on the side and on the bottom.  And then

4    you can see the use of the three stripes starting from

5    underneath the adidas logo running down the building and then

6    inside and then down the wall.

7    Q.  You mentioned the Love Unites campaign.  Is that an example

8    of purpose marketing?

9    A.  That would be an example of purpose marketing.

10   Q.  What is purpose marketing, more generally?

11   A.  Sure.  Purpose marketing for us incorporates two areas:

12   Inclusivity.  So we have a strong desire to be known as an

13   inclusive brand, inclusive meaning anyone can participate in

14   sports, regardless of gender, sexual, orientation, et cetera.

15   And sustainability is another key area.  We do marketing

16   efforts around both of those, around inclusivity and

17   sustainability.

18   Q.  Let's look at Exhibit 35.  If we could go to page 3, and

19   identify this for us, please.

20   A.  Sure.  This is our Love Unites campaign which we ran during

21   Pride month.  This is in our Fifth Avenue store here in New

22   York.  You can see the three stripes showing up in the product

23   that we created for this campaign.  That product, a large

24   number of those proceeds go back to our partner at the LI who

25   will promotes LGBTQ equality in universities.

1   Q.  Thank you.  I've got a ten second video, so there's not

2   time for you to narrate while it's playing.  Talk to us about

3   the Kermit The Frog/Stan Smith video we're about to see.

4   A.  Sure.  I mentioned the inclusivity part.  Sustainability is

5   another big thing for us.  We make a lot of products, and we

6   want those products to be helpful when it comes to the planet,

7   not less helpful.  You can't play sports when the planet is not

8   the way you want it to be, so we are very much invested in

9   being a more sustainable brand.  Stan Smith is one of our most

10  popular shoes, which we talked about earlier.  A couple years

11  ago we created a more sustainable version.  The materials are

12  more sustainable.  Less glue being utilized.  It was a more

13  eco-friendly shoe.  To promote that, we created a series of

14  videos with Kermit The Fog.  Obviously, he's known for being

15  green, hence, the sustainability piece, and we did it with Stan

16  Smith, the person who is named for the Stan Smith shoe.

17  Q.  Nita, if you'll play Exhibit 36 with the sound.

18          (Video played)

19  Q.  Talk a little bit about how those videos were distributed?

20  A.  We created quite a few of them.  That was one example.

21  Those were distributed mostly across You Tube.  We put quite a

22  bit of money behind those to make sure people saw them.

23  Q.  You mentioned a component of the marketing mix for the

24  company is PR or communications work.  Can you describe how the

25  company engages in that activity?

1   A.  Sure.  PR, or public relations, that's work that we do with

2   publications with editors, news editors in magazines or online

3   publications in an effort for them to cover our brand, either

4   because of a products launch that we have or brand campaign

5   that we have, we want them to write about that.  So we send

6   them information, written contents of videos or otherwise in

7   the hope that they, because of the relationships that we have

8   or the quality of content, that they write about us.  That's

9   typically called public relations or earned media.  We're not

10  buying it.  We're trying to earn it.

11  Q.  Do you also benefit from unsolicited media?

12  A.  Yes, we do.  A lot of the work we do with athletes or

13  partners or product collaborations, media will often write

14  about that regardless of us pushing or trying.  Given the size

15  and scope and how well-known we are as a brand, we often

16  receive quite a bit of unsolicited editorial coverage.

17  Q.  Does the company track that?

18  A.  We do.

19  Q.  Does it maintain it in the ordinary course?

20  A.  It is.  We do.  We track it.  We look at what's called

21  share voice.  I want to see how much I'm being talked about

22  across the internet, across the editorial landscape, to get an

23  idea, is it going up or is it going down?  Are the things that

24  I'm doing as a brand marketing organization working so more

25  people are talking about us, or less people.  What I want to

1    know if what I'm doing is being effective.

2              THE COURT:  So do you want to break now or do you

3    prefer to use the full 90 seconds you still have?

4              MR. HENN:  I have one exhibit on this point, I wonder

5    if we should bang that exhibit out so we break at a rational

6    point.

7              THE COURT:  I think we should leave that for tomorrow.

8              MR. HENN:  Fair enough.

9              THE COURT:  Ladies and gentlemen, we are off to a good

10   start.  Thank you for your attention.

11             Tomorrow we will start at 9:45 because of another

12   matter I have at 9:00.  Don't take this as a precedent.  We

13   will normally start at 9:30, but tomorrow 9:45.  But what is

14   important that you all be in the jury room before 9:45.  So we

15   can start promptly on time because we can't start unless all of

16   you are here.  Have a good evening.  We'll see you all tomorrow

17   at 9:45.

18             (Jury not present)

19             (Witness excused)

20             THE COURT:  I have another matter.  You may have seen

21   the door open there.  That's to the cell block.  You'll be glad

22   to know they weren't looking for you guys, but I do have

23   another matter starting right away.  So unless there's anything

24   urgent, why don't you come in at 9:30.  I think my 9:00 matter

25   should be over by 9:30.  So come in at 9:30, and we'll start

1    then.  See you tomorrow.

2               (Trial continued January 4, 2023 at 9:30 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXAMINATION

Examination of:                                  Page

 CHRISTOPHER GORDON MURPHY

Direct By Mr. Henn . . . . . . . . . . . . . . .65

PLAINTIFF EXHIBITS

Exhibit No.                                  Received

 1   . . . . . . . . . . . . . . . . . . . . .69

 2   . . . . . . . . . . . . . . . . . . . . .69

 3   . . . . . . . . . . . . . . . . . . . . .71

 4   . . . . . . . . . . . . . . . . . . . . .79

 5 through 37, 39 through  . . . . . . . . . .84
           42, 43 through 49, 51 through
           56, 72, 73, 76 and 381

 32   . . . . . . . . . . . . . . . . . . . 152