**KILPATRICK TOWNSEND & STOCKTON LLP**
R. Charles Henn Jr.
H. Forrest Flemming, III
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THOM BROWNE INC., a Delaware corporation,<br><br>                    Defendant. | No. 1:21-cv-05615-JSR |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs ADIDAS AMERICA, INC. and ADIDAS AG appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this case on January 13, 2023 (ECF 191).

DATED: February 8, 2023

                                        Respectfully submitted,

                                        KILPATRICK TOWNSEND & STOCKTON LLP

                                        By: */s/ R. Charles Henn Jr.*
                                        R. Charles Henn Jr.
                                        H. Forrest Flemming III
                                        Bethany Nelson
                                        1114 Avenue of the Americas
                                        New York, NY 10036-7703

Telephone: (212) 775-8845
chenn@kilpatricktownsend.com
fflemming@kilpatricktownsend.com
brnelson@kilpatricktownsend.com

*Attorneys for Plaintiffs*