IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>    Plaintiffs,<br><br>v.<br><br>THOM BROWNE, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 1:21-cv-05615-JSR-RWL |

## CORRECTED NOTICE OF CROSS-APPEAL

Pursuant to FRAP 4(a)(3), Defendant Thom Browne, Inc. ("Thom Browne") hereby gives notice of cross-appeal to the United States Court of Appeals for the Second Circuit from the Order (ECF 85) dismissing Defendant's counterclaim for invalidity based on aesthetic functionality.

Date: February 22, 2023

/s/ Harley I. Lewin
Harley I. Lewin (HL-1819)
LEWINCONSULT, LLC
72 Commercial Street #5
Portland, Maine 04101
Harley@LewinConsult.com
207.805.6884 Phone

Robert T. Maldonado (RM-7873)
rmaldonado@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, New York 10158
212.697.7890 Phone
617.646.8646 Fax

*Attorneys for Thom Browne, Inc.*

## **CERTIFICATE OF SERVICE**

       I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                               */s/ Harley I. Lewin*