UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br><br>      Plaintiffs,<br><br>    -v-<br><br>THOM BROWNE, INC.,<br><br>      Defendant. | 21-cv-5615 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On October 19, 2023, defendants adidas AG and adidas America, Inc. (collectively, "Adidas") filed a motion for a new trial pursuant to Federal Rule of Civil Procedure 60(b). Upon full consideration of the parties' various submissions in connection with this motion and the record of the evidentiary hearing held on December 21, 2023, the Court hereby denies Adidas's motion. An opinion setting forth the reasons for this ruling will be issued in due course, at which time judgment will enter.

    SO ORDERED.

Dated:   New York, NY

          May 3, 2024                    JED S. RAKOFF, U.S.D.J.